AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THE UNITED STATES OF AMERICA ON BEHALF
AND USE OF GERMAN ALDAS HERMANS TOUCH

**SUMMONS IN A CIVIL CASE**

V.

SAFECO INSURANCE COMPANY OF AMERICA
SERVE: Bruce Echigoshima, Claims Representative
       4854 154th Place, NE
       Rainer Building
       Redmond, WA  98185

CASE NUMBER  1:05CV01351

JUDGE: John D. Bates

DECK TYPE: Contract

DATE STAMP: 06/30/2005

TO: (Name and address of Defendant)

SAFECO INSURANCE COMPANY OF AMERICA
SERVE: Bruce Echigoshima, Claims Representative
       4854 154th Place
       Rainer Building
       Redmond, WA  98185

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Adam R. Wilk
LEGUM & WILK, P.L.C.
4004 Williamsburg Court
Fairfax, VA  22032

an answer to the complaint which is served on you with this summons, within ~~30~~ **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON           JUL 0 6 2005
CLERK                                 DATE

_(signature)_
(By) DEPUTY CLERK

p. 17

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | July 27, 2005 @8:45am |
| NAME OF SERVER (PRINT)  G. Schermerhorn | TITLE  Process Server #9402780 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Safeco Insurance Company of America by serving Bruce Echigoshima claims Rep as directed

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 27, 2005          _____
              Date             Signature of Server

                 222 Westlake Ave N  Seattle WA 98109
                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.