AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THE UNITED STATES OF AMERICA ON BEHALF
AND USE OF GERMAN ALDAS HERMANS TOUCH

**SUMMONS IN A CIVIL CASE**

V.

DALCO INCOPORATED OF ARIZONA
SERVE: THE RAVENS GROUP, INC., Registered Agent
1101 Pennsylvania Avenue, 6th Floor
Washington, D.C. 20004

CASE NUMBER 1:05CV01351

JUDGE: John D. Bates

DECK TYPE: Contract

DATE STAMP: 06/30/2005

TO: (Name and address of Defendant)

DALCO INCORPORATED OF ARIZONA
SERVE: THE RAVENS GROUP, INC., Registered Agent
1101 Pennsylvania Avenue, 6th Floor
Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Adam R. Wilk
LEGUM & WILK, P.L.C.
4004 Williamsburg Court
Fairfax, VA 22032

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JUL 0 6 2005
DATE

(By) DEPUTY CLERK

**Department of Consumer and Regulatory Affairs**
**BUSINESS AND PROFESSIONAL LICENSING ADMINISTRATION**
**Corporations Division**
941 North Capitol Street, N.E.
Washington, DC 20002



[ ] Domestic Entity
[x] Foreign Entity

**STATEMENT OF RESIGNATION OF REGISTERED AGENT**

1. The name of the entity to which the resignation notice is to be sent is:
   Dalco Incorporated of Arizona
2. The name of the resigning registered agent is:
   The Ravens Group, Inc.
3. Written notice of resignation was given to the above named entity on (date), by delivering such notice to the entity at its last known registered office address in the District AND, if different than its registered office, its last known principal office address as follows;

REGISTERED OFFICE  10005 Old Columbia Road, Suite L-61
                   Columbia, MD  21046
PRINCIPAL OFFICE (if different than registered office) _____

4. The undersigned hereby resigns as registered agent for the above named Entity.

DATE: Sept 8 , 20 04
Resigning Registered Agent
BY: Joe N. Ballard
(name of natural person or authorized representative of entity tendering Resignation).

File three copies of this notice with the Corporations Division within ten days after Mailing or delivery of the written notice to the corporation. The appointment of the agent shall terminate upon the expiration of thirty days after receipt of the notice by the Corporations Division or upon the appointment of a successor agent by entity, which ever occurs first. The Corporations Division will return the file stamped copy of the notice to the resigning registered agent. One copy will be sent to the corporation as notice of the resignation. No fee is required for the filing of the resignation.