IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b/o GERMAN ALDAS HERMANS TOUCH | * |
| Plaintiff | * |
| v. | * Civil Court Action No: 105CV01351 |
| SAFECO INSURANCE COMPANY OF AMERICA, ET AL. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Safeco Insurance Company of America ("Safeco"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Safeco which have any outstanding securities in the hands of the public.

> American Economy Insurance Company
> American State Insurance Company
> American State Insurance Company of Texas
> American State Lloyds Insurance Company
> American States Preferred Insurance Company
> First National Insurance Company of America
> General Insurance Company of America
> Safeco Insurance Company of America

      Safeco Insurance Company of Illinois
      Safeco Insurance Company of Indiana
      Safeco Insurance Company or Oregon
      Safeco Lloyds Insurance Company
      Safeco National Insurance Company
      Safeco Surplus Lines Insurance Company.

These representations are made in order that judges of this Court may determine the need for recusal.

                                        /s/
                           Cynthia E. Rodgers-Waire
                           D.C. Bar No. 444095
                           Robert F. Carney
                           D.C. Bar No. 436999
                           Whiteford, Taylor & Preston L.L.P.
                           7 St. Paul Street
                           Baltimore, Maryland  21202

                           Attorneys for Defendant,
                           SAFECO INSURANCE COMPANY OF
                           AMERICA, ET AL.

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, that on this 6th day of September, 2005, a copy of the foregoing Certificate of Disclosure of Corporate Affiliations and Financial Interests was mailed, first class, postage prepaid, to:

      Adam R. Wilk, Esquire
      Legum & Wilk, PLC
      4004 Williamsburg Court
      Fairfax, Virginia  22032

                                        /s/
                           Cynthia E. Rodgers-Waire

*1636973*