UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUBMIA
Civil Division

| | |
|---|---|
| THE UNITED STATES OF AMERICA ON BEHALF AND USE OF GERMAN ALDAS HERMANS TOUCH, :<br><br>*Use Plaintiff/Plaintiff*, :<br>v. :<br><br>DALCO INCORPORATED OF ARIZONA :<br><br>and :<br><br>SAFECO INSURANCE COMPANY OF AMERICA :<br><br>*Defendants.* : | *CA #1:05CV01351 (JDB)* |

**PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES**

Plaintiff, by counsel and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, hereby makes the following disclosures:

(1) The following individuals are likely to have discoverable information that Plaintiff may use to support its claims or defenses, unless solely for impeachment:

a) German Aldas
1960 Cherry Hill Rd.
Dumfries, VA  22026

b) Benito Rodriquez
Iker Point, Inc.
l/n/a 10005 Old Columbia Rd.
Suite L-261
Columbia, MD  21046

c) Moshen Grayeli
CMDR Associates, Inc.
8229 Boone Boulevard
Vienna, VA  22182

(d) Rane Smith, Ryan Smith and Gary Smith
Tingey Constrution Company, Inc.
304 S. Main Street
Centreville, Utah 84014

(2) Plaintiff has his entire file regarding the work he performed in this matter. It consists of the original contract between him and Defendant Dalco Incorporated of Arizona ("Dalco"), copies of the invoices representing approved change orders and other documents related to his work on the project.

(3) Plaintiff is claiming the sum of $113,468, representing $21,433 due on the original contract between him and Defendant Dalco, and $92,035 for approved change orders.

(4) Plaintiff is unaware of any insurance agreement that may be applicable to the claims and defenses raised in this matter.

Respectfully submitted,

LEGUM & WILK, P.L.C.

By: /s/ Adam R. Wilk
Adam R. Wilk, #418676
4004 Williamsburg Court
Fairfax, VA 22032
(703) 385-6700

Counsel for Plaintiff

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was mailed this  6  day of October, 2005 to:

Robert F. Carney, Esquire
WHITEFORD, TAYLOR & PRESTON, LLP
Seven Saint Paul Street
Baltimore, MD  21202

                                                    _____/s/_____
                                                    Adam R. Wilk