IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA   * <br> f/u/b/o GERMAN ALDAS HERMANS <br> TOUCH | |
| Plaintiff   * | |
| v.   * | Civil Court Action No:   1:005VO1351 |
| SAFECO INSURANCE COMPANY OF   * <br> AMERICA, ET AL. | |
| Defendant   * | |

\*   \*   \*   \*   \*   \*     \*   \*   \*   \*   \*

## JOINT LOCAL RULE 16.3(d) REPORT

Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 16.3(d), and this Court's Scheduling Order, Plaintiff German Aldas Hermans Touch ("German Aldas") and Defendant Safeco Insurance Company of America ("Safeco") submit this Joint Report and state the following:

**A. Brief Statement of the Case**

The Plaintiff German Aldas filed suit pursuant to the Miller Act, 40 U.S.C. §270 *et seq.*, against Safeco and Dalco Incorporated of Arizona ("Dalco"). Dalco was the general contractor on a project at the DC Superior Courts Building B (the "Project"), located at 409 E Street N.W., Washington D.C. Safeco issued performance and payment bonds on behalf of Dalco for the Project.

In the Complaint, German Aldas alleged that Dalco requested him to perform additional work above and beyond what he was required to do under the terms of his

contract. He alleged that he performed this work at Dalco's request and has not been paid for the additional services. He asserts a claim for bond payment, as well as claims for breach of contract and quantum meruit/unjust enrichment against Dalco.

In its Answer, Safeco maintained that it did not have sufficient information to respond to many of the claims. Currently, the parties are unclear as to whether Dalco has been served with the Complaint and therefore, Dalco has not been involved in these discussions between the parties. Safeco has raised many defenses, including the issue of whether the claim is time-barred under the statute of limitations. Since the initial pleadings, the parties have been working together and conducting preliminary discovery.

### B. Teleconference Meeting on 10/6/05

1. The parties' counsel conferred via teleconference on October 6, 2006.
2. The parties' counsels agreed that the preliminary issue that must be determined before moving forward with discovery is whether the statute of limitations period has expired.
3. Counsel for German Aldas agreed to provide to Safeco the names of potential witnesses who saw German Aldas at the Project within the time necessary for filing within the statute of limitations, which was subsequently provided after the teleconference.
4. The parties have already submitted their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

5. The parties agreed that extensive discovery would not be necessary in this matter.

6. The parties have agreed that numerous depositions would not be necessary in this matter.

7. The parties have agreed to work swiftly and without delay in resolving the issue of the statute of limitations, of which will determine whether this case moves forward or becomes subject to a motion to dismiss.

Respectfully submitted,

_____/s/_____
Cynthia-Rodgers Waire
D.C. Bar No. 444095
Robert F. Carney
D.C. Bar No. 436999
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorney's for Defendant,
SAFECO INSURANCE COMPANY
OF AMERICA, ET AL.

_____/s/_____
Adam Wilk
Legum & Wilk P.L.C.
4004 Williamsburg Court
Fairfax, VA 22032

Attorney for Plaintiff,
GERMAN ALDAS HERMANS
TOUCH

*1643345*