UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) <br> ON BEHALF AND USE OF ) <br> GERMAN ALDAS HERMANS TOUCH ) <br> ) <br>     Use Plaintiff/Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DALCO INCORPORATED OF ARIZONA ) <br> ) <br> and ) <br> ) <br> SAFECO INSURANCE COMPANY OF ) <br> AMERICA ) <br> ) <br>     Defendants. ) | Case No. 1:05cv01351 <br> Judge: John D. Bates <br> Deck Type: Contract |

## ENTRY OF APPEARANCE

The Court will kindly enter the appearance of Jane Saindon Dudley (Virginia Bar No. 459595) of Whiteford, Taylor & Preston, LLP as additional counsel on behalf of Defendant Safeco Insurance Company of America.

                                          Respectfully submitted,

                                             /s/ *Jane Saindon Dudley*
                                          Cynthia E. Rodgers-Waire (#444095)
                                          Robert F. Carney (#436999)
                                          Whiteford, Taylor & Preston, LLP
                                          7 Saint Paul Street
                                          Baltimore, Maryland 21201
                                          (410) 347-8700
                                          *Counsel for SAFECO Insurance Company*
                                          *Of America*

        Jane Saindon Dudley (#459595)
        Whiteford, Taylor & Preston L.L.P.
        1025 Connecticut Avenue, N.W.
        Suite 400
        Washington, D.C. 20036
        (202) 659-6800
        (202) 331-0573 (facsimile)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of November, 2005, a copy of the foregoing was sent via first-class mail postage prepaid, to:

Adam R. Wilk, Esquire
LEGUM & WILK, P.L.C.
4004 Williamsburg Court
Fairfax, Virginia 22032

Dalco Incorporated of Arizona
c/o The Ravens Group, Inc.
1101 Pennsylvania Avenue, N.W.
Sixth Floor
Washington, D.C. 20004


          /s/ Jane Saindon Dudley

*1648255*