UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUBMIA
Civil Division

| | |
|---|---|
| THE UNITED STATES OF AMERICA ON BEHALF AND USE OF GERMAN ALDAS trading as HERMANS TOUCH, | : : : : : |
| Use Plaintiff/Plaintiff, | : |
| v. | :  CA #1:05CV01351 |
| DALCO INCORPORATED OF ARIZONA | : : : |
| and | : : |
| SAFECO INSURANCE COMPANY OF AMERICA | : : : |
| Defendants. | : : |

**AFFIDAVIT REQUESTING THE ENTRY OF AN ORDER OF DEFAULT AGAINST DALCO INCORPORATED OF ARIZONA**

COMMONWEALTH OF VIRGINIA:
COUNTY OF FAIRFAX:

Adam R. Wilk, having been duly sworn, do hereby state as follows:

1. I am over the age of eighteen (18), am testifying upon my personal knowledge and am competent to testify to the matters set forth herein.

2. I am counsel to the Plaintiff.

3. Service of process was made upon Defendant Dalco Incorporated of Arizona ("DALCO") on November 7, 2005 at 11:13 a.m. by service upon the Arizona Corporation Commission after attempts to serve the Defendant's registered agent were unsuccessful. *See Return of Service attached as Exhibit 1.*

4. Pursuant to the rules of this Court, a responsive pleading was required to be filed by DALCO's on or before November 28, 2005.

5. To date, DALCO has not filed a responsive pleading.

6. Plaintiff is entitled to the entry of an order of default against DALCO.

WHEREFORE your affiant sayeth not.

_____
Adam R. Wilk, #418676
Counsel for Plaintiff
LEGUM & WILK, PLC
4004 Williamsburg Court
Fairfax, VA 22032
(703) 385-6700

SWORN and SUBSCRIBED to before me this 6th day of December 2005.

_____
Notary Public

My commission expires: 10/31/07