ember 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THE UNITED STATES OF AMERICA ON
BEHALF AND USE OF GERMAN ALDAS
HERMANS TOUCH

**SUMMONS IN A CIVIL CASE**

V.

DALCO INCORPORATED OF ARIZONA

CASE NUMBER: 1:05CV01351 JDB

TO: (Name and address of Defendant)

DALCO INCORPORATED OF ARIZONA
SERVE: CHRISTOPHER SMITH, REGISTERED AGENT
   300 W. Cardinal Way
   Chandler, AZ 85248

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Adam R. Wilk
LEGUM & WILK, P.L.C.
4004 Williamsburg Court
Fairfax, VA 22032

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                              AUG 1 5 2005

CLERK                                                    DATE

*Laura M Chipley* (signature)
(By) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CASE NO.: 1:05CV01351 JOB

## DECLARATION OF DILIGENCE

United States of America; et al.

vs.

Dalco Incorporated of Arizona

I, **Adam Harrington**, depose and say that:

That I am fully qualified pursuant to RCP 4(d), 4(e), and 45(b) to serve process in this action.

I received the within **Summons & Complaint** to be served upon:

Dalco Incorporated of Arizona

After a due and diligent effort, I have been unable to effect personal service upon

Dalco Incorporated of Arizona

The following attempts at service were made:

Attempts on **Dalco Incorporated of Arizona**

| DATE & TIME | REMARKS: |
|---|---|
| 10/03/2005 – 06:21 PM | Per current occupant at 300 W. Cardinal Way who is Ms. Sierra (W/F/38), she rents from Christopher Smith who owns the home. Ms. Sierra further advised she mails her rent checks to: 2200 E. Camelback #106 Phx AZ 85016. Ms. Sierra also stated she has occupied this address since April '05. Vehicle in drive w/AZ plates: 835RYX. |
| 10/07/2005 – 09:56 AM | Started attempts at new address of 2200 E. Camelback Rd. Ste 106, Phoenix, AZ |
| 10/11/2005 – 08:34 AM | Chris Smith is agent, he is in vegas, unsure of return day. gave me phone number to call to see when he returns |
| 10/11/2005 – 08:34 AM | Adam – NO ANSWER |
| 10/12/2005 – 11:44 AM | Adam – NO ANSWER |
| 10/14/2005 – 11:54 AM | Adam – NO ANSWER |
| 10/17/2005 – 10:44 AM | Chris was working from home. Did call and leave voice mail for him to call me which he has not done yet |
| 10/17/2005 – 10:44 AM | Adam – NO ANSWER |
| 10/18/2005 – 12:14 PM | Adam – NO ANSWER |
| 10/21/2005 – 01:27 PM | Adam – NO ANSWER |
| 10/24/2005 – 11:54 AM | Adam – NO ANSWER |
| 10/26/2005 – 12:19 PM | Adam – NO ANSWER |

I declare under the penalty of perjury under the laws of the State of _AZ_ that the foregoing is true and correct.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CASE NO.: 1:05CV01351 JOB

## DECLARATION OF DILIGENCE

United States of America; et al.

vs.

Dalco Incorporated of Arizona
_____/

I, **Adam Harrington,** depose and say that:

That I am fully qualified pursuant to RCP 4(d), 4(e), and 45(b) to serve process in this action.

I received the within **Summons &Complaint** to be served upon:

**Dalco Incorporated of Arizona**

After a due and diligent effort, I have been unable to effect personal service upon

**Dalco Incorporated of Arizona**

The following attempts at service were made:

Attempts on **Dalco Incorporated of Arizona**

| DATE &TIME | REMARKS: |
|---|---|
| 10/03/2005−06:21 PM | Per current occupant at 300 W. Cardinal Way who is Ms. Sierra (W/F/38), she rents from Christopher Smith who owns the home. Ms. Sierra further advised she mails her rent checks to: 2200 E. Camelback #106 Phx AZ 85016. Ms. Sierra also stated she has occupied this address since April '05. Vehicle in drive w/AZ plates: 835RYX. |
| 10/07/2005−09:56 AM | Started attempts at new address of 2200 E. Camelback Rd. Ste 106, Phoenix, AZ |
| 10/11/2005−08:34 AM | Chris Smith is agent, he is in vegas, unsure of return day. gave me phone number to call to see when he returns |
| 10/11/2005−08:34 AM | Adam − NO ANSWER |
| 10/12/2005−11:44 AM | Adam − NO ANSWER |
| 10/14/2005−11:54 AM | Adam − NO ANSWER |
| 10/17/2005−10:44 AM | Chris was working from home. Did call and leave voice mail for him to call me which he has not done yet |
| 10/17/2005−10:44 AM | Adam − NO ANSWER |
| 10/18/2005−12:14 PM | Adam − NO ANSWER |
| 10/21/2005−01:27 PM | Adam − NO ANSWER |
| 10/24/2005−11:54 AM | Adam − NO ANSWER |
| 10/26/2005−12:19 PM | Adam − NO ANSWER |

I declare under the penalty of perjury under the laws of the State of  AZ   that the foregoing is true and correct.

Adam Harrington
Arizona Quick Serve
7150 E. Camelback Road, Suite 44
Scottadale, AZ  85251
480.314.5050