UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUBMIA
Civil Division

| | |
|---|---|
| THE UNITED STATES OF AMERICA ON BEHALF AND USE OF GERMAN ALDAS trading as HERMANS TOUCH, : : : : : : | |
| *Use Plaintiff/Plaintiff*, : v. : : | CA #1:05CV01351 |
| DALCO INCORPORATED OF ARIZONA : : : : | |
| and : | |
| SAFECO INSURANCE COMPANY OF AMERICA : : : : | |
| *Defendants.* : : | |

## AFFIDAVIT REQUESTING THE CLERK TO ENTER A JUDGMENT BY DEFAULT AGAINST DALCO INCORPORATED OF ARIZONA

COMMONWEALTH OF VIRGINIA:
COUNTY OF FAIRFAX:

Adam R. Wilk, having been duly sworn, do hereby state as follows:

1. I am over the age of eighteen (18), am testifying upon my personal knowledge and am competent to testify to the matters set forth herein.

2. I am counsel to the Plaintiff.

3. The Clerk entered a Default against Defendant Dalco Incorporated of America ("DALCO") on December 7, 2005.

3. Plaintiff's claim in this matter is for a sum certain, namely $113,460.00, together with interest at the legal rate from July 12, 2005, reasonable attorney's fees and costs.

4.   Plaintiff's Miller Act Complaint was accompanied by an affidavit executed by the Plaintiff affirming, among other things, to the amount owed by DALCO, namely $113,460.00, together with interest at the legal rate from July 12, 2005, reasonable attorney's fees and costs. Documents in support of Plaintiff's claim against DALCO were attached to Plaintiff's Miller Act Complaint as *Exhibits A, B and C*.

5.   Plaintiff is entitled to an award of his reasonable attorney's fees under the Miller Act, 40 U.S.C. §270(a) *et seq.*, the Act under which this case was brought. Plaintiff submits that a reasonable attorney's fee in this case would be equivalent to 15% of the principal amount of its claim, or $17,020.20.

6.   Plaintiff is entitled to the entry of a judgment by default against DALCO in the amount of $113,460.00, together with interest at the legal rate from July 12, 2005, reasonable attorney's fees of $17,020.20 and costs.

WHEREFORE your affiant sayeth not.

```
                              _____
                              Adam R. Wilk, #418676
                              Counsel for Plaintiff
                              LEGUM & WILK, PLC
                              4004 Williamsburg Court
                              Fairfax, VA  22032
                              (703) 385-6700
```

SWORN and SUBSCRIBED to before me this 11th day of January, 2006.

_____
Notary Public

My commission expires: 10/31/07