**Answers to Complaints**
1:05-cv-01351-JDB ALDAS v. DALCO INCORPORATED OF ARIZONA et al

## U.S. District Court

## District of Columbia

Notice of Electronic Filing

The following transaction was received from Rodgers-Waire, Cynthia E. entered on 12/8/2005 at 5:18 PM EDT and filed on 12/8/2005

**Case Name:**      ALDAS v. DALCO INCORPORATED OF ARIZONA et al
**Case Number:**      1:05-cv-1351
**Filer:**      DALCO INCORPORATED OF ARIZONA
**Document Number:** 14

**Docket Text:**
ANSWER to Complaint by DALCO INCORPORATED OF ARIZONA.(Rodgers-Waire, Cynthia)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\Dalco Answer.PDF
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/8/2005] [FileNumber=963967-0]
[2b6006467dba8d6447b46ed872e771c53fba7df970b942ef389aed4cd7dc48ab642fb
42125720090ae5353fb2a4ca8b2b540655f86fbb9f23a61052b173bfc5a]]

**1:05-cv-1351 Notice will be electronically mailed to:**

Jane S. Dudley     jdudley@wtplaw.com,

Cynthia E. Rodgers-Waire     crodgers-waire@wtplaw.com, whopkins@wtplaw.com

Adam Ross Wilk     awilk@legumwilk.com,

**1:05-cv-1351 Notice will be delivered by other means to:**



EXHIBIT B

https://ecf.dcd.uscourts.gov/cgi-bin/Dispatch.pl?865379839347675      12/8/2005