

DEFENDANT'S EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ON BEHALF AND USE OF GERMAN ALDAS trading as HERMANS TOUCH | * |
| Plaintiff | * |
| v. | * Civil Court Action No:   1:05CV01351 |
| DALCO INCORPORATED OF ARIZONA, ET AL. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NICHOLE VELASQUEZ

I, Nichole M. Velasquez, certify that I am over eighteen years old and am competent to testify as to the statements set forth in this Affidavit.

1) I am an associate attorney at Whiteford, Taylor & Preston, LLP in the Construction and Surety Practice Group.

2) I am authorized to practice in the State of Maryland and the District of Columbia.

3) I spoke with Mohsen Grayeli on January 10, 11 and 18, 2006 regarding the above-captioned case.

4) Mohsen Grayeli represented to me in the conversation of January 10, 2006, that the last time he remembered seeing German Aldas on the Project was in June 2004.

5) In our conversation on January 11, 2006, Mohsen Grayeli informed me that he would not sign an affidavit regarding the date he last remembers seeing Germans Aldas on the Project.

6) In the same conversation Mohsen Grayeli stated that he would look through his files to find any documentation he may have of German Aldas's last day on the Project.

7) In our last conversation on January 18, 2006, Mohsen Grayeli indicated that he had not found any documentation regarding German Aldas's last day on the Project.

8) As of January 18, 2006, Mohsen Grayeli would still not sign an affidavit regarding the last time he remembers seeing German Aldas on the Project.

_____
Nichole M. Velasquez

January 25, 2006
Date

State of Maryland      )  ss:
City of Baltimore      )

I HEREBY CERTIFY that on this 25th day of January, 2006, before me, a Notary Public of the state and county aforesaid, personally appeared Nichole Velasquez, and that he executed the foregoing instrument for the purposes therein contained and in the capacity therein stated.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal the day and year aforesaid.

_____
Notary Public

My Commission Expires 6/1/09.

1660246

-2-