

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERMAN ALDAS, trading as HERMANS TOUCH | * |
| Plaintiff | * |
| v. | *   Civil Court Action No: 1:05-cv-01351<br>Judge Broderick |
| DALCO INCORPORATED OF ARIZONA, ET AL. | * |
| Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT OF RYAN SMITH

I, Ryan Smith, am over the age of eighteen and competent to testify to the matters set forth in this Affidavit.

1)   I was an employee of Tingey Construction Company, Inc. and was involved in the project known as the D.C Superior Courts Building B (the "Project") from the dates of January 2003 through July 2004.

2)   My position on the Project was that of Project Engineer, my duties included: Coordinating Subcontractor Work, Processing Change Orders, Prepare Meeting Minutes, and Overseeing Punch List Completion.

3)   I was on the Project site during the month of July 2004 for a total of three days.

4)   I did not see German Aldas performing any punch list work for the Project during the month of July 2004.

5) I did not instruct German Aldas to perform any punch list during the month of July 2004 on behalf of the Project.

6) On July 13, 2004, I participated in a walk-through of the Project site with GSA and D.C Superior Courthouse representatives to assess the remaining punch list work needed to be done for the Project.

7) As of this walk-through with the GSA and D.C. Superior Court representatives, there was no punch list work for German Aldas to perform pursuant to the Project.

8) The last time I saw German Aldas on the project was in November of 2003.

9) My signature does not appear on any documents submitted by German Aldas in response to Safeco Insurance Company of America's First Request for Production of Documents.

10) I never approved any of the additional work that German Aldas alleges he performed on the Project and forms the basis of his Complaint.

January 23, 2006
Date

_____
Ryan Smith

State of    Utah        )   ss:
County of  Davis       )

I HEREBY CERTIFY that on this 23rd day of January, 2006, before me, a Notary Public of the state and county aforesaid, personally appeared Ryan Smith, and

- 2 -

- 3 -

that he executed the foregoing instrument for the purposes therein contained and in the capacity therein stated.

    IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal the day and year aforesaid.

                                                  _Kris Prinster_
                                                  Notary Public

My Commission Expires _Dec 13, 2009_.

```
Notary Public
KRIS PRINSTER
304 S. Main Street
Centerville, UT 84014
My Commission Expires
December 13, 2009
State of Utah
```

1658173