

### *Building B Meeting*

Friday June 4, 2004 – 9:00 am
ROB Building -Room 2021A

Greetings

Building B

    1. Process                   *6/9 @ 4:30 P.M.*
        a. Work Plan           *6/14 START WORK*
        b. Schedule            *7/6 COMPLETE WORK*
        c. Access Control      *LIST OF*

    2. Conclusion
        a. Inspection           *7/6 walk through*

    3. Power of Attorney    *— COMPLETE BY 6/7*

Adjourn

*Leo A. Daly had list of design issues about 30 days ago.*

*Georgetown Roofing – copy of warranty (2 copies)*



gary10005@msn.com                                    Printed: Tuesday, June 8, 2004 5:42 PM

**From :**   Paul Smith <Paul_Smith@dalcoincaz.com>
**Sent :**   Tuesday, June 8, 2004 5:37 PM
**To :**     "Gary Smith" <gary10005@msn.com>, <gary@tingeyconstruction.com>
**Subject :** FW: BUILDING B

-----Original Message-----
**From:** Szalay, Zsolt K. [mailto:szalayzk@DCSC.GOV]
**Sent:** Tuesday, June 08, 2004 4:14 PM
**To:** 'christine.kelly@gsa.gov'; Szalay, Zsolt K.
**Cc:** 'andrew.shipman@gsa.gov'; fred.clements@gsa.gov; gary@tingey.com; Irick, Bill;
james.veilleux@gsa.gov; jmalakouti@cmdrassociates.com; King, Marvin J.; Michael O'Connor (E-mail);
Mark Rausch (E-mail); Paul Smith; Sanchez, Joseph; Satterthwaite, Mary Ann; Stewart, Michael; Szalay,
Zsolt K.
**Subject:** RE: BUILDING B
**Importance:** High

Ms. Kelly:

Good Afternoon.....

I totally agree with you, I have no intention of adding D's and O's to the CMDR/DCCS punch list.
I could not and would not be so presumptuous to expect to change, add or delete from a complete and
excellent document.

However.. the agreed to plan was that the court receive a final document, or final agreement delineating items to be
excluded from the CMDR document, not work out a final document. It was also my understanding that the initiating
document for the final response was to be the CMDR bound punch list (DEFICIENCY AND CORRECTIVE
ACTION LOGS.. CONTAINING EXHIBIT  A; EXHIBIT B; AND PICTURES - EXHIBIT C).

Please inform me if I am in error of my assumption (s).I am also aware of legal issues connected with occupancy. We
are also trying very hard to get the space completed. AND.. yes there may be warranty issues listed, and that is exactly
the point.. the agreement was to receive a final list prior to the work being started.

Does your response terminate the agreement of last week?

Thank You.

ZZZZsolt...............

-----Original Message-----

From: christine.kelly@gsa.gov [mailto:christine.kelly@gsa.gov]
Sent: Tuesday, June 08, 2004 3:33 PM
To: szalayzk@DCSC.GOV
Cc: 'andrew.shipman@gsa.gov'; fred.clements@gsa.gov; gary@tingey.com;
Irick, Bill; james.veilleux@gsa.gov; jmalakouti@cmdrassociates.com;
King, Marvin J.; Michael O'Connor (E-mail); Mark Rausch (E-mail);
paul_smith@dalcoincaz.com; Sanchez, Joseph; Satterthwaite, Mary Ann;
Stewart, Michael; Szalay, Zsolt K.
Subject: RE: BUILDING B

This is the plan of action. The Courts and GSA/AFG have been through the
space several times already.   You cannot continue to add D & O's to a list
six months later. The only D & O's should be those that have been existed
in November 03 when the Courts occupied the space. Legally once the space
is used as it's intended it is substantially complete except for the items
listed on the final inspections.  We are trying to get the space completed
and all warranty issues accomplished.

Christine S. Kelly, Contracting Officer
Property Development Division
Public Building Service
National Capital Region
202.205.5862
fax: 202.260.7650
cell: 202.669.7963

| "Szalay, Zsolt | To: | "'andrew.shipman@gsa.gov'" |
|---|---|---|
| K." | | <andrew.shipman@gsa.gov>, "King, Marvin J." |
| <szalayzk@DCSC | | <KingMJ@DCSC.GOV> |
| .GOV> | cc: | "Irick, Bill" <irickb@DCSC.GOV>, "Michael |
| | | O'Connor (E-mail)" <moconnor@afgcm.com>, "Mark |
| 06/08/2004 | | Rausch (E-mail)" <mrausch@afgcm.com>, "Sanchez, |
| 02:22 PM | | Joseph" <sanchezj@DCSC.GOV>, "Satterthwaite, Mary |
| | | Ann" <satterma2@DCSC.GOV>, "Stewart, Michael" |
| | | <stewartm@DCSC.GOV>, "Szalay, Zsolt K." |
| | | <szalayzk@DCSC.GOV>, fred.clements@gsa.gov, |
| | | christine.kelly@gsa.gov, james.veilleux@gsa.gov, |
| | | jmalakouti@cmdrassociates.com, gary@tingey.com, |
| | | paul_smith@dalcoincaz.com |
| | Subject: | RE: BUILDING B |

Andrew:

Good Afternoon.

How can the 9th meeting/walk through occur without the final list of D' &
O's; punch list items being finalized?

I thought we agreed in our meeting last week that this would occur prior to
contractors walking the space..... Am I wrong in my assumptions?  I
thought the FINAL LIST was to be reviewed by the Court, prior to this
action taking place.........

ZZZZZZsolt................

-----Original Message-----
From: andrew.shipman@gsa.gov [mailto:andrew.shipman@gsa.gov]
Sent: Tuesday, June 08, 2004 12:51 PM
To: KingMJ@DCSC.GOV
Cc: Irick, Bill; Michael O'Connor (E-mail); Mark Rausch (E-mail);
Sanchez, Joseph; Satterthwaite, Mary Ann; Stewart, Michael; Szalay,
Zsolt K.; fred.clements@gsa.gov; christine.kelly@gsa.gov;
james.veilleux@gsa.gov; jmalakouti@cmdrassociates.com; gary@tingey.com;
paul_smith@dalcoincaz.com
Subject: BUILDING B

Marvin,
Based upon our negotiation with the Surety, General Contractor and
Subcontractors the following is the revised schedule for the remaining work

on Building B:

Revised Schedule for Building B Work

June 9, 2004 3:00 pm - Walk Through with DCC, AFG/GSA, Surety, General

Contractor and Subcontractors

June 14, 2004 ? July 5, 2004 - Building B Work

July 6, 2004 - Final Inspection of Work

If you have any question please contact me on 202-260-4210.  Thanking you
in advance for your assistance.

Andrew Shipman

This e-mail and any attachments may contain confidential and privileged
information. If you are not the intended recipient, please notify the
sender immediately by return e-mail, delete this e-mail and destroy any
copies. Any dissemination or use of this information by a person other than
the intended recipient is unauthorized and may be illegal.

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient,
please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this
information by a person other than the intended recipient is unauthorized and may be illegal.

# PUNCH LIST COST SUMMARY

**Solicitation No.:  GS11P003MKC0005**

**Project Title:  Interior Improvements to DC Superior Court Building B**

**Project Location:  409 E Street, NW, Washington DC 20001**

### BASEMENT PUNCH LIST

| | | |
|---|---|---:|
| General | $ | 11,330.00 |
| Mechanical | $ | 15,900.00 |
| Electrical | $ | 12,350.00 |
| **TOTAL** | **$** | **39,580.00** |

### FIRST FLOOR

| | | |
|---|---|---:|
| General | $ | 56,950.00 |
| Mechanical | $ | 7,950.00 |
| Electrical | $ | 18,050.00 |
| **TOTAL** | **$** | **82,950.00** |

### SECOND FLOOR

| | | |
|---|---|---:|
| General | $ | 500.00 |
| Mechanical | $ | 2,400.00 |
| Electrical | $ | 11,200.00 |
| **TOTAL** | **$** | **14,100.00** |

### THIRD FLOOR

| | | |
|---|---|---:|
| General | $ | 30,000.00 |
| Mechanical | $ | 7,000.00 |
| Electrical | $ | 12,700.00 |
| **TOTAL** | **$** | **49,700.00** |

### ATTIC

| | | |
|---|---|---:|
| General | $ | 21,350.00 |
| Mechanical | $ | 20,650.00 |
| Electrical | $ | 500.00 |
| **TOTAL** | **$** | **42,500.00** |

*CMDR Associates, Inc.*

1

# PUNCH LIST COST  SUMMARY

**Solicitation No.:  GS11P003MKC0005**

**Project Title:  Interior Improvements to DC Superior Court Building B**

**Project Location:  409 E Street, NW, Washington DC 20001**

| | | | |
|---|---|---|---:|
| **BUILDING - GENERAL** | | | |
| General | | $ | 153,850.00 |
| | **TOTAL** | **$** | **153,850.00** |
| | | | |
| **BUILDING - EXTERIOR** | | | |
| General | | $ | 225,800.00 |
| | **TOTAL** | **$** | **225,800.00** |
| | | | |
| **AS-BUILT DOCUMENTS** | | | |
| Mechanical Drawings | | $ | 3,900.00 |
| Ductwork Drawings | | $ | 680.00 |
| Sprinkler Drawings | | $ | - |
| Electrical Drawings | | $ | 13,000.00 |
| Fire Alarm Drawings | | $ | 4,800.00 |
| Architect Drawings | | $ | 3,000.00 |
| | **TOTAL** | $ | 25,380.00 |
| | | | |
| **O & M MANUALS** | | | |
| O & M Manuals | | $ | 2,950.00 |
| | **TOTAL** | $ | 2,950.00 |
| | | | |
| **TOTAL PUNCH LIST COST** | | **$** | **636,810.00** |

*CMDR Associates, Inc.*

**BASEMENT**

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| 1 | Cut abandoned pipe and patch concrete wall. | This pipe was replaced with new pipe under this contract. *Picture Nos.:* 001 & 002 | $950.00 | |
| 2 | Paint door frames in training rooms | The paint was scratched during construction. *Picture Nos.:* N/A | $150.00 | |
| 3 | Replace double doors in training rooms | Damaged during construction. *Picture Nos.:* N/A | $950.00 | |
| 4 | Sharp point corners at air intake grille should be smoothed out. | Safety issue. *Picture Nos.:* N/A | $80.00 | |
| 5 | Ceiling tiles are stained in corridor. (Replace ceiling tiles). | Stained during construction. *Picture Nos.:* N/A | $200.00 | |
| 6 | Paint wall on north end of training room corridor. | Scratched during construction. *Picture Nos.:* N/A | $150.00 | |
| 7 | Install door on north end of training room corridor. | Door was removed during construction. Picture Nos.: 003 | $650.00 | |

1

*CMDR Associates, Inc.*

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

| | | | |
|---|---|---|---|
| 8 | Repair break wall around power co. incoming service cable trough. | This wall was cut during construction to install power cable trough. *Picture Nos.:* 004 & 005 | $2,900.00 |
| 9 | Water collector tray under pipe should be properly installed. | This tray was dismounted during construction. *Picture Nos.:* 006 | $150.00 |
| 10 | Walls & door in room B16 were not installed. However, track for drywall was installed. | If the room is no longer needed, track should be removed from concrete wall, and credit should be issued to owner. *Picture Nos.:* 007 | $2,350.00 |
| 11 | Patch & water seal existing unused power conduit. | Power cables were removed from this conduit under this contract. *Picture Nos.:* 008 | $450.00 |
| 12 | Cynder block wall opening should be repaired. | Power cables were removed from this conduit under this contract. This wall was cut during construction to install ductwork & conduit. *Picture Nos.:* 009 | $1,350.00 |
| 13 | Major cleanup is required. | To remove construction debris and clean the equipment. *Picture Nos.:* N/A | $1,000.00 |
| | | TOTAL | $  11,330.00 |

2

CMDR Associates, Inc.

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

## SYSTEM: MECHANICAL

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| 1 | Secondary hot water pumps SHP-1 and SHP-2, according to contract drawings prepared by Leo Daly, should pump 260 GPM Hot Water at 55 Feet Head, with 10 HP pump motor. But the contractor installed pumps with capacity of 260 GPM at 50 Feet Head and 7.5 HP pump motor. Contractor should provide pumps with 10 Horse Power. | Deviation from contract drawings provides calculation to support the 7.5 HP is sufficient & credit the difference. *Picture Nos.:* N/A | $1,500.00 | |
| 2 | Chilled water pump pipe insulation at pump station is damaged in several locations. Pipe insulation should be repaired & painted. | *Picture Nos.:* 010 | $250.00 | |
| 3 | Two gas fired boiler 12" gas exhaust flow pipes penetrate door transom without wall insulation thimble. A wall thimble should be installed at this wall penetration. | Proper wall should be built in instead of a piece of tin plywood. *Picture Nos.:* N/A | $2,200.00 | |
| 4 | Two gas fired boiler gas supply pipes (2") should be color coded/painted yellow. | Paint is missing on some sections. *Picture Nos.:* N/A | $400.00 | |
| 5 | Hot water supply and return pipe insulation located next to the secondary chilled water pump SCP-2 is scratched. It should be repaired. | Repair & touch-up paint is needed. *Picture Nos.:* 011 | $200.00 | |

*CMDR Associates, Inc.*

3

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

| | | |
|---|---|---|
| 6 | All electrical supply wire conduits for SCP-1, SCP-2, HWP-1, HWP-2, SHP-1, SHP-2 are installed right on the floor. They stick up 3" from the mechanical room floor creating stripping hazard for maintenance personnel. Electrical wiring and conduits should be installed overhead then dropped down to pump motors. These electrical wiring and conduits must be relocated. | Safety issue. |
| | | *Picture Nos.:* 012 & 013 |
| 7 | At compressed air station, unused air compressors are abandoned in places and should be removed. | Wood frame around equipment should be removed. |
| | | *Picture Nos.:* 014 |
| 8 | Secondary chilled water pump SCP-1 drive coupling ( coupling connects the motor to the pump) is grinding against the housing which deposits rubber chips on pump assembly pad. | Need to be repaired or replaced. |
| | | *Picture Nos.:* 015 |
| 9 | Provide fire stop material for 6 pipes penetrating hallway wall. | *Picture Nos.:* N/A |
| 10 | Insulate elbow to the piping across the generator room | *Picture Nos.:* N/A |
| 11 | Insulate round duct above ceiling in training rooms. | *Picture Nos.:* N/A |

Values column:
- Row 6: $6,000.00
- Row 7: $500.00
- Row 8: $1,200.00
- Row 9: $500.00
- Row 10: $350.00
- Row 11: $300.00

*CMDR Associates, Inc.*

4

# Deficiency and Corrective Action Log

**Solicitation No.: GS11P003MKC0005**

**Project Title: Interior Improvements to DC Superior Court Building B**

**Project Location: 409 E Street, NW, Washington DC 20001**

| 12 | Isolation pads on the pumps need adjustment. | | | |
| --- | --- | --- | --- | --- |
| | *Picture Nos.:* N/A | | | |
| 13 | Complete installation of sprinkler heads in cell block. | Part of contract | $2,500.00 | |
| | *Picture Nos.:* N/A | | | |
| | | | **TOTAL** | **$ 15,900.00** |

*CMDR Associates, Inc.*

5

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| 1 | Feeders to secondary chilled water and hot water pumps are run exposed on the floor and create tripping hazard. These conduits should be cover or run overhead. | Covered under Mechanical. | $0.00 | |
| 2 | In storage room adjacent to generator room, 9-1'x4' light fixtures should be refurbished or replaced. | Lighting fixtures damaged during construction. *Picture Nos.:* 012 | $1,800.00 | |
| 3 | In generator room, light fixtures are not working, need to be repaired or replaced. | Lighting fixtures damaged during generator installation. *Picture Nos.:* 016 | $600.00 | |
| 5 | Generator batteries are unsecured (temporary installation) on the floor. These should be secured on rack. | *Picture Nos.:* 017<br>The rack should be installed against south wall secure to the floor. *Picture Nos.:* 018 | $1,800.00 | |
| 7 | Provide panel directory for all panel-boards | No panel schedules found on any panel board. *Picture Nos.:* N/A | $600.00 | |
| 8 | Panel name plate "NDP-2" should be changed to "NDP-1". | *Picture Nos.:* N/A | $100.00 | |

6

*CMDR Associates, Inc.*

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project Title: Interior Improvements to DC Superior Court Building B**

**Project Location: 409 E Street, NW, Washington DC 20001**

| | | |
|---|---|---|
| 9 | Provide name plate for control panel<br><br>*Picture Nos.:* 019 | $100.00 |
| 10 | In main SWBD, contract drawings call for a 700A CB and feeder for MCC-1A and a 500A CB and feeder for MCC-2A. Contractor installed only one 800A CB and feeder for both MCCs. Please provide Breakers and feeders as shown in contract drawings. | Combining one breaker to feed two MCC's without disconnect switches on the MCC is a code violation. The feeders must be separated with separate circuit breakers<br><br>*Picture Nos.:* N/A | $5,500.00 |
| 11 | All unused conduit should be removed and wall repaired | Contractor removed cable from existing conduit. Abandoned conduit should be removed.<br><br>*Picture Nos.:* 009 | $650.00 |
| 12 | The flexible conduit (Green Field) should be removed and replaced with conduit. | Flexible conduit should not be used for this application.<br><br>*Picture Nos.:* 020 | $1,200.00 |
| | | **TOTAL** $ 12,350.00 |

7

*CMDR Associates, Inc.*

# FIRST FLOOR

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

## FIRST FLOOR (GENERAL)

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| 1 | All court room door locks should be replaced & corrected. | The locks are poorly installed and are not functional.<br><br>*Picture Nos.: 025, 026 & 027* | $21,500.00 | |
| 2 | Door frame for water closet in men's toilet should be stainless, not wood. | It should be replaced with stainless door frames.<br><br>*Picture Nos.: 028* | $1,450.00 | |
| 3 | New ceramic tile wall in men's toilet was installed over existing tiles. However, they were not installed properly and tile colors do not match. | *Picture Nos.: 029, 030, 031 & 032* | $4,000.00 | |
| 4 | Remove old steam piping in all locations and cap flush with the floor. | Part of contract.<br><br>*Picture Nos.: N/A* | $30,000.00 | |
| | | | | |
| | | | | |
| | | **TOTAL $ 56,950.00** | | |

1

*CMDR Associates, Inc.*

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

## FIRST FLOOR MECHANICAL

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| 1 | In room 102, reheat hot water coil control valve is locked in open position and causes room to overheat. Control valve should be replaced. | *Picture Nos.:* N/A | $1,200.00 | |
| 2 | Contractor provides adhesive paper round stickers on drop ceiling T-bars to mark location of VAV boxes for maintenance purposes. These markers should be colored metal markers. | The paper markers are not proper for this application and will come off.  *Picture Nos.:* 033 | $1,000.00 | |
| 3 | At south side of first floor, above ceiling return air transfer grilles are not provided, conditioned air in this part of the building cannot be returned back to center part of the building where return air ducts are located. Return transfer grilles should be installed. | Since there are no grilles installed and no documentation is avalable, this item cannot be evaluated at this point.  *Picture Nos.:* N/A | | Price TBD |
| 4 | Similarly, at north side of first floor, above ceiling return air transfer grilles are not provided, conditioned air in this part of the building cannot be returned back to center part of the building where return air ducts are located. Return transfer grilles should be installed. | Since there are no grilles installed and no documentation is avalable, this item cannot be evaluated at this point.  *Picture Nos.:* N/A | | Price TBD |
| 5 | VAV boxes should be equipped with fan power. Since shop drawings do not indicate the type of VAV boxes installed and the ceiling space is not accessible, this item cannot be verified. | This item should be verified by contractor.  *Picture Nos.:* N/A | $1,000.00 | |

2

CMDR Associates, Inc.

# Deficiency and Corrective Action Log

**Solicitation No.:  GS11P003MKC0005**

**Project Title:  Interior Improvements to DC Superior Court Building B**

**Project Location:  409 E Street, NW, Washington DC 20001**

| | | |
|---|---|---|
| 6 | In existing toilet areas (room 118), scratched/damaged toilet seats should be replaced, replaced wall mounted lavatory and water faucets should match existing, exposed chrome plated flush valve pipe for wall mounted urinals should have matching chrome plated fittings (Contractor installed regular black steel fittings).<br><br>*Picture Nos.:*  034, 035, 036, 037, 038 & 039 | $2,500.00 |
| 7 | In women's restroom, wrong type of toilet paper dispenser is used. Contractor installed recessed type dispenser whereas an exposed type of dispenser should be used. See picture number 1010136.<br><br>*Picture Nos.:*  036 | $650.00 |
| 8 | At stairwell, old fire hose cabinet and old dry stand pipe piping should be removed and wall mounted cabinet cavity should be concealed.<br><br>This item is typical for north & south stairwells and all floors.<br><br>*Picture Nos.:*  040 & 041 | |
| 9 | New wet standpipe penetrations at stairwell landing and floor slab should be grout filled and caulked with firestop caulking.<br><br>*Picture Nos.:*  N/A | |
| 10 | At north stairwell, water fire valve should be both 90° to have access to operate valve.<br><br>Code violation.<br><br>*Picture Nos.:*  N/A | $1,600.00 |
| | **TOTAL  $** | **7,950.00** |

*CMDR Associates, Inc.*

3

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

FIRST FLOOR ELECTRICAL

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| 1 | Panel "S1-3" is not installed (south). | This panel is required according to contract drawings and specifications.<br><br>*Picture Nos.:* N/A | $4,800.00 | |
| 2 | No light In south electric room. Install light on emergency circuit. | Existing light damaged during construction.<br><br>*Picture Nos.:* N/A | $250.00 | |
| 3 | Panel "N1-3" is not installed (north). | This panel is required according to contract drawings and specifications.<br><br>*Picture Nos.:* N/A | $3,800.00 | |
| 4 | In janitor's closet adjacent to north electric closet, an existing abandoned panel back box needs to be covered. | It can also be covere by drywall patching & painting.<br><br>*Picture Nos.:* 042 | $200.00 | |
| 5 | In main foyer, the middle existing light fixture is missing and should be replaced. | Historic type lighting fixture.<br><br>*Picture Nos.:* 043 | $9,000.00 | |
| | | | | |
| | | TOTAL $  18,050.00 | | |

CMDR Associates, Inc.

4

# SECOND FLOOR

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

## SECOND FLOOR (GENERAL)

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| 1 | Remove the old steam piping in all locations and cap flush with the floor. | Part of Phase II.<br><br>*Picture Nos.:* N/A | $0.00 | Phase II |
| 2 | For the building fire rating, seal the 2nd floor duct penetrations in accordance with the 2-hour rating, per design. | Building Code.<br><br>*Picture Nos.:* N/A | $500.00 | |
| | | **TOTAL** | $ 500.00 | |

CMDR Associates, Inc.

1

# Deficiency and Corrective Action Log

**Solicitation No.: GS11P003MKC0005**

**Project Title: Interior Improvements to DC Superior Court Building B**

**Project Location: 409 E Street, NW, Washington DC 20001**

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| 1 | At stairwell, old fire hose cabinet and old dry stand pipe piping should be removed and the wall mounted cabinet cavity should be concealed. | North & south stairwells. *Picture Nos.:* 040 & 041 | $1,200.00 | |
| 2 | New wet standpipe penetrations at stairwell landing and floor slab should be grout filled and caulked with firestop caulking. | North & south stairwells. *Picture Nos.:* N/A | $1,200.00 | |
| | | | **TOTAL $ 2,400.00** | |

*CMDR Associates, Inc.*

2

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

## 1st FLOOR - ELECTRICAL

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| 1 | The double section panel has no name plate (south). | Required by contract. <br><br> *Picture Nos.:* N/A | $100.00 | |
| 2 | Panel "S2-3" is not installed (south). | Required per contract drawings. <br><br> *Picture Nos.:* N/A | $5,500.00 | |
| 3 | No light in room. Install light on emergency circuit (North & south electrical rooms). | Existing lighting fixtures damaged during construction. <br><br> *Picture Nos.:* N/A | $700.00 | |
| 4 | Provide panel directories for double section panel (north). | Required by contract. <br><br> *Picture Nos.:* N/A | $200.00 | |
| 5 | Remove temporary cable feeding temporary panel in north electric room. | Part of Phase II. <br><br> *Picture Nos.:* N/A | $0.00 | Phase II |
| 6 | The double section panel has no name plate (south). | Required by contract. <br><br> *Picture Nos.:* N/A | $200.00 | |
| 7 | Panel "N2-3" is not installed (north). | Required by contract. <br><br> *Picture Nos.:* N/A | $4,500.00 | |
| | | | **TOTAL $ 11,200.00** | |

3

CMDR Associates, Inc.

# THIRD FLOOR

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

### THIRD FLOOR - GENERAL

| No. | Deficiency | Comments | Price | Action Taken |
|-----|------------|----------|-------|--------------|
| 1 | Remove old steam piping in all locations and cap flush with floor. | Part of contract.<br><br>*Picture Nos.:* N/A | $30,000.00 | |
| | | **TOTAL** | **$ 30,000.00** | |

CMDR Associates, Inc.

1

# Deficiency and Corrective Action Log

**Solicitation No.:  GS11P003MKC0005**

**Project Title:  Interior Improvements to DC Superior Court Building B**

**Project Location:  409 E Street, NW, Washington DC 20001**

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| 1 | Contractor provides adhesive paper round stickers on drop ceiling T-bars to mark locations of VAV boxes for maintenance purposes. These markers should be made with colored metal markers glued on to drop ceiling T-bars. See picture number 1010131. | The paper markers are not proper for this application and will come off.<br><br>***Picture Nos.:*** N/A | $1,000.00 | |
| 2 | VAV boxes should be equipped with fan power. Since shop drawings do not indicate the type of VAV boxes installed and ceiling space is not accessible, this item cannot be verified. | This item should be verified by contractor.<br><br>***Picture Nos.:*** N/A | $1,000.00 | |
| 3 | All new air conditioned supply and return air duct stubouts to 2nd floor from 3rd floor should be identified and labeled for future connection. | ***Picture Nos.:*** N/A | $1,000.00 | |
| 4 | In existing toilet areas, scratched toilet seats should be replaced, replaced wall mounted lavatory and water faucets should match existing, exposed chrome plated flush valve pipe for wall mounted urinals should have matching chrome plated fittings (Contractor installed regular black steel fittings). | ***Picture Nos.:*** N/A | $2,500.00 | |
| 5 | At stairwell, old fire hose cabinet and old dry stand pipe piping should be removed and the wall mounted cabinet cavity should be concealed. | This item is typical for north & south stairwells.<br><br>***Picture Nos.:*** 040 & 041 | $1,200.00 | |

2

*CMDR Associates, Inc.*

# Deficiency and Corrective Action Log

**Solicitation No.: GS11P003MKC0005**

**Project Title: Interior Improvements to DC Superior Court Building B**

**Project Location: 409 E Street, NW, Washington DC 20001**

| | | |
|---|---|---|
| 6 | New wet standpipe penetrations at stairwell landing and floor slab should be grout filled and caulked with firestop caulking. | This item is typical for north & south stairwells.<br><br>*Picture Nos.:* N/A | $300.00 |
| | | TOTAL | $ 7,000.00 |

CMDR Associates, Inc.

3

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| 1 | The panel label "N2-section 2 of 2" should read "S2-section 2 of 2". | *Picture Nos.:* N/A | $100.00 | |
| 2 | Panel "S3-3" is not installed. | Required by contract. <br><br> *Picture Nos.:* N/A | $6,500.00 | |
| 3 | Light fixture in north & south electrical closets are not working. They should be fixed or reinstalled. | Damaged during construction <br><br> *Picture Nos.:* N/A | $700.00 | |
| 4 | Provide panel directories for all new panels in north & south electric rooms. | | | |
| 5 | Panel "N3-3" is not installed (north). | Required by contract. <br><br> *Picture Nos.:* N/A | $5,400.00 | |
| | | TOTAL $ | 12,700.00 | |

CMDR Associates, Inc.

4

**ATTIC**

# Deficiency and Corrective Action Log

**Solicitation No.:  GS11P003MKC0005**

**Project Title:  Interior Improvements to DC Superior Court Building B**

**Project Location:  409 E Street, NW, Washington DC 20001**

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| 1 | Paint all unpainted sprinkler pipes red. | Code requirement <br><br> *Picture Nos.:*  045 & 046 | $500.00 | |
| 2 | Repair walls around ductwork in attic area in various locations. | Walls were cut during construction, and should be repaired <br> *Picture Nos.:* 046, 047, 048, 049, 050, 051, <br><br> *Picture Nos.:* 053 (example) | $12,000.00 | |
| 3 | Repair three broken steps leading to attic. | Damaged during construction | $1,500.00 | |
| 4 | Stand pipe at the 2nd floor landing needs a chain on the brass cap. | Incomplete Item. <br><br> *Picture Nos.:*  N/A | $300.00 | |
| 5 | Remove wood concrete framing from the equipment pad (EIF-1) | <br><br> *Picture Nos.:* N/A | $50.00 | |
| 6 | Remove all temporary lighting & wires. | <br> *Picture Nos.:*  N/A | $200.00 | |
| 7 | Install 4" curve around all ductwork penetrating attic floor in AHUs 1&2. | The contract area has been design for emergency water flow <br><br> *Picture Nos.:* 054 (example) | $6,000.00 | |

CMDR Associates, Inc.

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

| 8 | Remove construction debris and miscellaneous materials in attic space and perform final cleaning. | *Picture Nos.:* N/A | $800.00 |
| --- | --- | --- | --- |
| | | **TOTAL $** | **21,350.00** |

CMDR Associates, Inc.

2

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

## AHU / MECHANICAL

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| 1 | Brass caps required on sprinkler pipe (North end). | *Picture Nos.:* N/A | $250.00 | |
| 2 | Two condenser units for 3rd floor IT room under the north elevator room stairs should be relocated to north concrete pad. | Part of contract  *Picture Nos.:* 055 | $6,500.00 | |
| 3 | Install trap for leaking on AHU-2 | *Picture Nos.:* N/A | $600.00 | |
| 4 | At AHU-1 station, overhead 30x60 supply air duct are installed at 6 feet above finish floor. This is too low and creates a safety hazard for maintenance personnel. This duct should be installed at minimum 7 feet above finish floor. | To eliminate a safety hazard, padding and overhead caution sign should be installed.  *Picture Nos.:* N/A | $850.00 | |
| 5 | The exhaust fan EF-1 flexible connector gap is too close (only ¼"). This gap should be at least 2". | *Picture Nos.:* 056 | $2,000.00 | |
| 6 | AHU-2 condensate drain pipes at floor drain should have protector guards to prevent people from stepping on it. | *Picture Nos.:* | $450.00 | |

3

· *CMDR Associates, Inc.*

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

| | | | |
|---|---|---|---|
| 7 | The exhaust fan EF-2 connections at the flexible connector are not aligned. This condition would tear off the flexible connection fabric. Exhaust duct connections should be aligned. | *Picture Nos.:* 057 & 058 | $2,000.00 |
| 8 | Exhaust fans EF-1 & EF-2 are out of balance and create excessive vibration. They should be balanced. | *Picture Nos.:* N/A | $8,000.00 |
| | | **TOTAL** | **$ 20,650.00** |

*CMDR Associates, Inc.*

4

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| | | **AFFIC. III. & CTRL** | | |
| 1 | Two temperature control panels need to have name plates (North & South) | *Picture Nos.:* N/A | $300.00 | |
| 2 | North temperature control panel needs new lock (lock broken) | *Picture Nos.:* N/A | $200.00 | |
| | | | **TOTAL: $500.00** | |

*CMDR Associates, Inc.*

# BUILDING - GENERAL

# Deficiency and Corrective Action Log

**Solicitation No.: GS11P003MKC0005**
**Project Title: Interior Improvements to DC Superior Court Building B**
**Project Location: 409 E Street, NW, Washington DC 20001**

| No. | Deficiency | BUILDING (CONTINUED) Comments | Price | Action Taken |
|---|---|---|---|---|
| 1 | Provide air and water balance reports. Spec. Section 15950. | Part of contract *Picture Nos.:* N/A | $2,000.00 | |
| 2 | Complete HVAC control monitoring connection to the Moultrie building. | Part of contract. If the connection point is not avalable in building B, demonstrate new system is about to have control from Moultrie Building. *Picture Nos.:* N/A | $1,500.00 | |
| 3 | Provide roof warranty. | Required by contract. *Picture Nos.:* N/A | $20,000.00 | |
| 4 | Provide equipment material warranties. | Required by contract. *Picture Nos.:* N/A | $50,000.00 | |
| 5 | Provide seasonal warranties for heating and cooling equipment. | Required by contract *Picture Nos.:* N/A | $10,000.00 | |
| 6 | Demonstrate heating and cooling systems and receive acceptance. | Required by contract. *Picture Nos.:* N/A | $10,000.00 | |

*CMDR Associates, Inc.*

# Deficiency and Corrective Action Log

**Solicitation No.:  GS11P003MKC0005**

**Project Title:  Interior Improvements to DC Superior Court Building B**

**Project Location:  409 E Street, NW, Washington DC 20001**

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| 14 | Hardware missing in various locations on 1st and 3rd Floors. | Required by contract. *Picture Nos.:*  N/A | | |
| 15 | Major CMU patchwork is required in basement. | *Picture Nos.:*  N/A | | |
| 16 | Remove paint in northeast basement training room storage area. | *Picture Nos.:*  N/A | | |
| 17 | Five doors missing in basement. | Removed during construction. *Picture Nos.:*  N/A | $1,500.00 | |
| 18 | Patch large duct inside generator room. | *Picture Nos.:*  N/A | | |
| 19 | Provide contract closeout procedures as outlined in Spec. Section 01770. | Required by contract. *Picture Nos.:*  N/A | | |

*CMDR Associates, Inc.*

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| 20 | Provide cover for abandoned outlet boxes in basement training rooms. | *Picture Nos.:* N/A | $200.00 | |
| 21 | Provide finished light switch on south wall of basement training room area hallway. | *Picture Nos.:* N/A | $300.00 | |
| 22 | Provide attic stock materials. | *Picture Nos.:* N/A | | |
| 23 | Provide building warranty. | *Picture Nos.:* N/A | $50,000.00 | |
| 24 | Remove concrete pump pad inside SW corner room in the basement of "B". | *Picture Nos.:* N/A | $1,200.00 | |
| 25 | In emergency generator room, air conditioning ductwork abandoned in places in ceiling is not capped and concealed. These ducts should be either removed or capped and concealed in ceiling space. | Wall should be repaired. *Picture Nos.:* 021, 022 & 023 | $2,150.00 | |

CMDR Associates, Inc.

4

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

## BUILDING GENERAL

| No. | Deficiency | Comments | Price | Action Taken |
|-----|-----------|----------|-------|--------------|
| 26 | The wall should be built up to the ceiling. Door jamb should be fixed. Also, utility access door should be installed to access mechanical equipment. | *Picture Nos.: 024* | | |
| | | **TOTAL $ 153,850.00** | | |

CMDR Associates, Inc.

5

# BUILDING - EXTERIOR

# Deficiency and Corrective Action Log

**Solicitation No.: GS11P003MKC0005**

**Project Title:  Interior Improvements to DC Superior Court Building B**

**Project Location:  409 E Street, NW, Washington DC 20001**

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| 1 | The granite blocks in front of building was broken, cracked and moved during the construction. | *Picture Nos.:*  Exterior 08, 10, 11, 12, 13, 14, 23, 24, 25 | $120,000.00 | |
| 2 | Concrete slab and asphalt slab were damaged and cut for underground utilities. | *Picture Nos.:*  Exterior 07, 08, 09, 33, 34 | $60,000.00 | |
| 3 | Concrete curve and walkway were damaged during construction by heavy equipment such as crane. | *Picture Nos.:*  Exterior 04, 05, 06, 07, 09, 15, 16, 17, 18, 19, 20, 21, 22 | $35,000.00 | |
| 4 | Lawn and garden in front of building need clean-up and grass seeding. | *Picture Nos.:*  Exterior 01, 02, 06, 11 | $2,500.00 | |
| 5 | Temporary utilities should be removed (electrical, wiring on the ground and on the building, wood frame, etc.). | *Picture Nos.:*  Exterior 27, 28, 32 | $300.00 | |
| 6. | Place grill on opening and replace damaged frame with new one. | *Picture Nos.:*  Exterior 32 | $8,000.00 | |
| | | TOTAL | $ 225,800.00 | |

CMDR Associates, Inc.

1

# AS-BUILT DOCUMENTS

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

## AS-BUILT DRAWING – MECHANICAL

| No. | Deficiency | Comments | Price | Action Taken |
|-----|-----------|----------|-------|--------------|
| 1 | Mechanical drawings should have proper title blocks with all standard information. | *Picture Nos.:* N/A | $1,000.00 | |
| 2 | As-built drawings do not show pipe size for hydraulic piping system. All pipe sizes should be identified on drawings. | *Picture Nos.:* N/A | $1,200.00 | |
| 3 | No room thermostats are shown on as-built drawings. | All thermostat locations should be shown.<br><br>*Picture Nos.:* N/A | $1,000.00 | |
| 4 | No return air ducts to AHU-1 and AHU-2 from 3rd floor and 2nd floor are shown. | *Picture Nos.:* N/A | $700.00 | |
| | | TOTAL | $3,900.00 | |

CMDR Associates, Inc.

1

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Price | Action Taken |
|-----|------------|----------|-------|--------------|
| 1 | No ducts shown for second floor. | As-Built drawings should show duct work stop below 3rd floor to be used for 2nd floor. *Picture Nos.:* N/A | $600.00 | |
| 2 | Ductwork layout floor plan should indicate south & north sides. | *Picture Nos.:* N/A | $80.00 | |
| | | TOTAL | $680.00 | |

CMDR Associates, Inc.

2

# Deficiency and Corrective Action Log

**Solicitation No.: GS11P003MKC0005**

**Project Title: Interior Improvements to DC Superior Court Building B**

**Project Location: 409 E Street, NW, Washington DC 20001**

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| | | THE FIRE ALARM SUBMITTERS | | |
| 1 | Over all the sprinklers as-built are in good conditions. | *Picture Nos.:* N/A | $0.00 | |
| | | TOTAL | $0.00 | |

CMDR Associates, Inc.

3

# Deficiency and Corrective Action Log

**Solicitation No.: GS11P003MKC0005**

**Project Title: Interior Improvements to DC Superior Court Building B**

**Project Location: 409 E Street, NW, Washington DC 20001**

## AS-BUILT DRAWING ELECTRICAL

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| 1 | Electrical as-built drawings are not acceptable. | See following comments. *Picture Nos.:* N/A | | |
| 2 | Electrical drawings should have proper title blocks with all standard information. | *Picture Nos.:* N/A | $1,000.00 | |
| 3 | Floor plans should show all lighting fixtures with type, wiring devices and equipment with actual branch circuit designation and feeder runs. | *Picture Nos.:* N/A | $1,500.00 | |
| 4 | Provide as-built drawings for cable trays. | *Picture Nos.:* N/A | $1,500.00 | |
| 5 | Provide as-built drawings for riser electrical power diagram. | *Picture Nos.:* N/A | $4,000.00 | |
| 6 | Some locations of installed equipment do not match those on as-built drawings. | As-built drawings with matching installation locations should be provided. *Picture Nos.:* N/A | $3,500.00 | |
| 7 | All Panel schedule directory should be in As-Built drawings | A part of drawing set *Picture Nos.:* N/A | $1,500.00 | |
| | | **TOTAL** | **$13,000.00** | |

4

CMDR Associates, Inc.

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

## AS-BUILT DRAWINGS - FIRE ALARM

| No. | Deficiency | Comments | Price | Action Taken |
|-----|-----------|----------|-------|--------------|
| 1 | Fire alarm as-built drawings are not acceptable. | See following comments. | | |
| 2 | Fire Alarm drawings should have proper title blocks with all standard information. | *Picture Nos.:* N/A | $1,000.00 | |
| 3 | Floor plans should show locations, device types and device address. | *Picture Nos.:* N/A | $2,300.00 | |
| 4 | Riser diagram with number and types of wires should be provided. | *Picture Nos.:* N/A | $1,500.00 | |
| | | *Picture Nos.:* N/A | | |
| | | TOTAL | $4,800.00 | |

*CMDR Associates, Inc.*

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Price | Action Taken |
|-----|-----------|----------|-------|--------------|
| | | AS-BUILT DRAWINGS / ARCHITECT DRAWINGS | | |
| 1 | Complete Architect As-Built Drawings | Complete Architect As-Built Drawings shall be submitted<br><br>*Picture Nos.:* N/A | $3,000.00 | |
| | | TOTAL | $3,000.00 | |

6

*CMDR Associates, Inc.*

# O&M MANUALS

# Deficiency and Corrective Action Log

**Solicitation No.: GS11P003MKC0005**

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Price | Action Taken |
|---|---|---|---|---|
| | | **O & M MANUALS** | | |
| 1 | Only one set of O&M manuals for equipment (American Combustion Industries, Inc.) was submitted. | Four sets of O&M manuals should furnished. *Picture Nos.:* N/A | $1,600.00 | |
| 2 | Only two sets of O&M manual for control panels were submitted. | Four sets of O&M manuals should furnished. *Picture Nos.:* N/A | $950.00 | |
| 3 | Some O&M Manuals were submitted in manila folders. | All O&M manuals should be submitted in three hole binders. *Picture Nos.:* N/A | $400.00 | |
| | | TOTAL | $ 2,950.00 | |

*CMDR Associates, Inc.*

1