

**Agenda Building B Survey Meeting**

July 13, 2004

1. Greeting/Introductions

2. Punch List Status

3. Walk Through

4. Next Steps

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | Cut abandoned pipe and patch concrete wall. | This pipe was replaced with new pipe under this contract. *Picture Nos.:* 001 & 002 | SIMPLEX |
| 2 | Paint door frames in training rooms | The paint was scratched during construction. *Picture Nos.:* N/A | GALAXY |
| 3 | Replace double doors in training rooms | Damaged during construction. *Picture Nos.:* N/A | — |
| 4 | Sharp point corners at air intake grille should be smoothed out. | Safety issue. *Picture Nos.:* N/A | WGES |
| 5 | Ceiling tiles are stained in corridor. (Replace ceiling tiles). | Stained during construction. *Picture Nos.:* N/A | — |
| 6 | Paint wall on north end of training room corridor. | Scratched during construction. *Picture Nos.:* N/A | — |
| 7 | Install door on north end of training room corridor. | Door was removed during construction. Picture Nos.: 003 | DENNIS J. MORAN |

CHDR Associates, Inc.

1

Cut w/pro Hug

DONE  DONE  DONE  DONE  DONE  DONE

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project Title:** Interior Improvements to DC Superior Court Building F

**Project Location:** 409 E Street, NW, Washington DC 20001

| | | | |
|---|---|---|---|
| 8 | Repair break wall around power co. incoming service cable trough. | This wall was cut during construction to install power cable trough.<br>*Picture Nos.:* 004 & 005 | M. C. DEAN *(DONE)* |
| 9 | Water collector tray under pipe should be properly installed. | This tray was liquid mounted during construction.<br>*Picture Nos.:* 005 | WGES *REMOVED* |
| 10 | Walls & door in room B16 were not installed. However, track for drywall was installed. | If the room is no longer needed, track should be removed from concrete wall, and credit should be issued to owner.<br>*Picture Nos.:* 007 | — *DONE* |
| 11 | Patch & water seal existing unused power conduit. | Power cables are removed from this conduit under this contract.<br>*Picture Nos.:* 008 | DALCO *DONE* |
| 12 | Cynder block wall opening should be repaired. | Power cables were removed from this conduit under this contract. This wall was cut during construction to install ductwork & conduit.<br>*Picture Nos.:* 009 | M. C. DEAN *DONE* |
| 13 | Major cleanup is required. | To remove construction debris and clean the equipment.<br>*Picture Nos.:* N/A | ALL TRADES *DONE* |
| | | TOTAL | |

*CMDR Associates, Inc.*

2

# Deficiency and Corrective Action Log

**Solicitation No.: GS11P003MKC0005**

**Project Title: Interior Improvements to DC Superior Court Building B**

**Project Location: 409 E Street, NW, Washington DC 20001**

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | Secondary hot water pumps SHP-1 and SHP-2, according to contract drawings prepared by Leo Daly, should pump 260 GPM Hot Water at 55 Feet Head, with 10 HP pump motor. But the contractor installed pumps with capacity of 260 GPM at 50 Feet Head and 7.5 HP pump motor. Contractor should provide pumps with 10 Horse Power. *Picture Nos.: N/A* | Deviation from contract drawings provides calculation to support the 7.5 HP is sufficient & credit the difference. | ? DESIGN @ SUMP  WGES |
| 2 | Chilled water pump pipe insulation at pump station is damaged in several locations. Pipe insulation should be repaired & painted. | *Picture Nos.: 010* | EXISTING  NIC  WGES |
| 3 | Two gas fired boiler 12" gas exhaust flow pipes penetrate door transom without wall insulation thimble. A wall thimble should be installed at this wall penetration. | Proper wall should be built in instead of a piece of tin plywood.  *Picture Nos.: N/A* | DONE  WGES |
| 4 | Two gas fired boiler gas supply pipes (2") should be color coded/painted yellow. | Paint is missing on some sections.  *Picture Nos.: N/A* | GALAXY DONE |
| 5 | Hot water supply and return pipe insulation located next to the secondary chilled water pump SCP-2 is scratched. It should be repaired. | Repair & touch-up paint is needed.  *Picture Nos.: 011* | GALAXY DONE |

CMDR Associates, Inc.

DR Associates, Ir

3

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

| | | |
|---|---|---|
| 6 | All electrical supply wire conduits for SCP-1, SCP-2, HWP-1, HWP-2, SHP-1, SHP-2 are installed right on the floor. They stick up 3" from the mechanical room floor creating stripping hazard for maintenance personnel. Electrical wiring and conduits should be installed overhead then dropped down to pump motors. These electrical wiring and conduits <br> Safety issue. | MC DEAN |
| 7 | At compressed air station, unused air compressors are abandoned in places and should be removed. <br> Wood frame around equipment should be removed. <br> **Picture Nos.:** 012 & 013 | WGES |
| 8 | Secondary chilled water pump SCP-1 drive coupling ( coupling connects the motor to the pump) is grinding against the housing which deposits rubber chips on pump assembly pad. <br> Need to be repaired or replaced. <br> **Picture Nos.:** 014 | WGES |
| 9 | Provide fire stop material for 6 pipes penetrating hallway wall. <br> **Picture Nos.:** 015 | WGES |
| 10 | Insulate elbow to the piping across the generator room <br> **Picture Nos.:** N/A | WGES |
| 11 | Insulate round duct above ceiling in training rooms. <br> **Picture Nos.:** N/A | WGES |

CMDR Associates, Inc.

4

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

| | | | | |
|---|---|---|---|---|
| 12 | Isolation pads on the pumps need adjustment. | *Picture Nos.:* N/A | Part of contract | WGES — DONE |
| 13 | Complete installation of sprinkler heads in cell block. | *Picture Nos.:* N/A | | SIMPLEX GRINNELL — DONE |
| | | | TOTAL | |

CMDR Associates, Inc.

5

# Deficiency and Corrective Action Log

**Solicitation No.: GS11P003MKC0005**

**Project Title: Interior Improvement to DC Superior Court Building B**

**Project Location: 409 E Street, NW, Washington DC 20001**

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | Feeders to secondary chilled water and hot water pumps are run exposed on the floor and create tripping hazard. These conduits should be cover or run overhead. | Covered under Mechanical. | WGES DONE |
| 2 | In storage room adjacent to generator room, 9-1'x4' light fixtures should be refurbished or replaced. | Lighting fixtures damaged during construction. *Picture Nos.:* 012 *Picture Nos.:* 016 | MC DEPA DONE |
| 3 | In generator room, light fixtures are not working, need to be repaired or replaced. | Lighting fixtures damaged during generator installation. *Picture Nos.:* 017 | MC DEPA DONE |
| 5 | Generator batteries are unsecured (temporary installation) on the floor. These should be secured on rack. | The rack should be installed against south wall secure to the floor. *Picture Nos.:* 018 | MC DEPA DONE |
| 7 | Provide panel directory for all panel-boards | No panel schedules found on any panel board. *Picture Nos.:* N/A | MC DEPA DONE |
| 8 | Panel name plate "NDP-2" should be changed to "NDP-1". | *Picture Nos.:* N/A | MC DEPA [illegible] FIELD |

CMDR Associates, Inc.

6

# Deficiency and Corrective Action Log

Solicitation No.: GJIP0036MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 405 E Street, NW, Washington DC 20001

| 9 | Provide name plate for control panel | | |
|---|---|---|---|
| 10 | main 3VBD, contract drawings call for a 500A feeder for MCC-1A and a 500A feeder for MCC-2A. Contractor installed only one 400A CB and feeder for both MCCs. Please provide Breakers and feeders as shown in contract drawings. | Combining one breaker to feed two MCC's without disconnect switches on the MCC is a code violation. The feeders must be separated with separate circuit breakers. *Picture Nos.:* 019 | MC DEAN *(DONE)* |
| 11 | All unused conduit should be removed and wall repaired | Contractor removed cable from existing conduit. Abandoned conduit should be removed. *Picture Nos.:* N/A  *Picture Nos.:* 009 | MC DEAN *(DONE)* |
| 12 | Flexible conduit (Green Field) should be removed nor replaced with conduit | Flexible conduit should not be used for this application. *Picture Nos.:* 020 | MC DEAN *(DONE)* |
| | | TOTAL | |

CHDR Associates, Inc.

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | All court room door locks should be replaced & corrected. | The locks are poorly installed and are not functional. *Picture Nos.:* 025, 026 & 027 | DENNIS |
| 2 | Door frame for water closet in men's toilet should be stainless, not wood. | It should be replaced with stainless door frames. *Picture Nos.:* 028 | PARTITIONS BEEN |
| 3 | New ceramic tile wall in men's toilet was installed over existing tiles. However, they were not installed properly and tile colors do not match. | *Picture Nos.:* 029, 030, 031 & 032 | — |
| 4 | Remove old steam piping in all locations and cap flush with the floor. | Part of contract. *Picture Nos.:* N/A | NIC |
| | | | |
| | | | |

*Handwritten annotation:* COMPLETED DCC — J. MORAN — PARTITIONS BEEN EXISTING CAPITOL

QMDR Associates, Inc.

8

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | In room 102, reheat hot water coil control valve is locked in open position and causes room to overheat. Control valve should be replaced. | *Picture Nos.:* N/A | WGES |
| 2 | Contractor provides adhesive paper round stickers on drop ceiling T-bars to mark location of VAV boxes for maintenance purposes. These markers should be colored metal markers. | The paper markers are not proper for this application and will come off.<br><br>*Picture Nos.:* 033 | WGES |
| 3 | At south side of first floor, above ceiling return air transfer grilles are not provided, conditioned air in this part of the building cannot be returned back to center part of the building where return air ducts are located. Return transfer grilles should be installed. | Since there are no grilles installed and no documentation is avalable, this item cannot be evaluated at this point.<br><br>*Picture Nos.:* N/A | Price TBD<br><br>WGES |
| 4 | Similarly, at north side of first floor, above ceiling return air transfer grilles are not provided, conditioned air in this part of the building cannot be returned back to center part of the building where return air ducts are located. Return transfer grilles should be installed. | Since there are no grilles installed and no documentation is avalable, this item cannot be evaluated at this point.<br><br>*Picture Nos.:* N/A | Price TBD<br><br>WGES |
| 5 | VAV boxes should be equipped with fan power. Since shop drawings do not indicate the type of VAV boxes installed and the ceiling space is not accessible, this item cannot be verified. | This item should be verified by contractor.<br><br>*Picture Nos.:* N/A | WGES DONE |

CM/DR Associates, Inc.

9

# Deficieny and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

| # | Deficiency | | Action |
|---|---|---|---|
| 6 | In existing toilet areas (room 118), scratched/damaged toilet seats should be replaced, replaced wall mounted lavatory and interface: should match existing, exposed chrops plate that valve pipe for wall mounted urinals shank/lave matching chrome plated fittings (Contract: installed regular black steel fittings). | Picture Nos.: 034, 035, 036, 037, 038 & 039 | WGES |
| 7 | In women's restroom, wrong type of toilet/paper dispenser is used. Contractor installed recessed type dispenser whereas an exposed type of dispenser should be used. See picture number IC10 05. | Picture Nos.: 036 | DALCO |
| 8 | At stairwell, old fire hose cabinet and old dry stand pipe piping should be removed and well mounted cabinet cavity should be concealed. | This item is typical for north & south stairwells and all floors.  Picture Nos.: 040 & 041 | DONE  SIMPLEX-GRINNELL |
| 9 | New wet standpipe penetrations at stairwll landing and floor slab should be grout filled and culked with firestop caulking. | Picture Nos.: N/A | WGES |
| 10 | At north stairwell, water fire valve should be bolt 90° to have access to operate valve. | Code violation.  Picture Nos.: N/A | WGES |

*Handwritten annotations (circled): EXIST · OPEN SEE ORDER · NOT PART OF WORK · PER CODE*

CMDR Associates, Inc.

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | Panel "S1-3" is not installed (south). | This panel is required according to contract drawings and specifications. *Picture Nos.:* N/A | MC DEAN correct August CANE |
| 2 | No light in south electric room. Install light on emergency circuit. | Existing light damaged during construction. *Picture Nos.:* N/A | |
| 3 | Panel "N1-3" is not installed (north). | This panel is required according to contract drawings and specifications. *Picture Nos.:* N/A | ✓ |
| 4 | In janitor's closet adjacent to north electric closet, an existing abandoned panel back box needs to be covered. | It can also be covere by drywall patching & painting. *Picture Nos.:* 042 | ✓ |
| 5 | In main foyer, the middle existing light fixture is missing and should be replaced. | Historic type lighting fixture. *Picture Nos.:* 043 | ✓ |
| | | | |

Rev. 3
Dean correct August CANE

DONE

√AU

CM.DR Associates, Inc.

11

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | Remove the old steam piping in all locations and cap flush with the floor. | Part of Phase II.<br><br>*Picture Nos.:* N/A | Phase II |
| 2 | For the building fire rating, seal the 2nd floor duct penetrations in accordance with the 2-hour rating, per design. | Building Code.<br><br>*Picture Nos.:* N/A | N/C |

12

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project site:** Interior Improvements to DC Superior Court Building B

**Project location:** 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | At stairwell, old fire hose cabinet and old dry stand pipe piping should be removed and the wall mounted cabinet cavity should be concealed. | North & south stairwells.<br><br>*Picture Nos.:* 040 & 041 | WGES |
| 2 | New wet standpipe penetrations at stairwell landing and floor slab should be grout filled and caulked with firestop caulking. | North & south stairwells.<br><br>*Picture Nos.:* N/A | WGES |

DONE

13

*CM/R Associates, Inc.*

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKK05
Project Title: Interior Improvements to DC Superior Court Building B
Project Location: 409 E Street N¹, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | The double section panel is no name plate (south). | Required by contract. Picture Nos.: N/A | M C DEAN  DONE |
| 2 | Panel "S2-3" is not install: (south). | Required per contract drawings. Picture Nos.: N/A | '' |
| 3 | No light in room. Install it on emergency circuit (North & south el:trical pomp). | Existing lighting fixtures damaged during construction. Picture Nos.: N/A | DONE '' |
| 4 | Provide panel director string double section panel (north). | Required by contract. Picture Nos.: N/A | Phase  N/A |
| 5 | Remove temporary cables, ing temporary panel in north electric rom. | Part of Phase II. Picture Nos.: N/A | Phase II  DONE |
| 6 | The double section panel is no name plate (south). | Required by contract. Picture Nos.: N/A | MC DEAN  DONE |
| 7 | Panel "N2-3" is not install (north). | Required by contract. Picture Nos.: N/A | '' |

14

CMDR Associates, Inc

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | Remove old steam piping in all locations and cap flush with floor. | Part of contract.  *Picture Nos.*: N/A | N/C |

15

*C&DR Associates, Inc.*

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | Contractor provides adhesive paper round stickers on drop ceiling T-bars to mark locations of VAV boxes for maintenance purposes. These markers should be made with colored metal markers glued on to drop ceiling T-bars. See picture number 1010131. | The paper markers are not proper for this application and will come off. *Picture Nos.:* N/A | WGES |
| 2 | VAV boxes should be equipped with fan power. Since shop drawings do not indicate the type of VAV boxes installed and ceiling space is not accessible, this item cannot be verified. | This item should be verified by contractor. *Picture Nos.:* N/A | WGES |
| 3 | All new air conditioned supply and return air duct stubouts to 2nd floor from 3rd floor should be identified and labeled for future connection. | *Picture Nos.:* N/A | WGES |
| 4 | In existing toilet areas, scratched toilet seats should be replaced, replaced wall mounted lavatory and water faucets should match existing, exposed chrome plated flush valve pipe for wall mounted urinals should have matching chrome plated fittings (Contractor installed regular black steel fittings). | *Picture Nos.:* N/A | WGES |
| 5 | At stairwell, old fire hose cabinet and old dry stand pipe piping should be removed and the wall mounted cabinet cavity should be concealed. | This item is typical for north & south stairwells. *Picture Nos.:* 040 & 041 | WGES |

DONE

Phase II

DONE

CMDR Associates, Inc

16

# Deficiency and Corrective Action Log

**Solicitation No.: GS11P0003MKC0005**

**Project Title: Interior Improvements to DC Superior Court Building B**

**Project Location: 409 E Street, NW, Washington DC 20001**

| 6 | New wet standpipe penetrations at stairwell landing and floor slab should be grout filled and caulked with firestop caulking. | This item is typical for north & south stairwells. | WGS |
| --- | --- | --- | --- |
| | | *Picture Nos:* N/A | |

CM&R Associates, Inc.

17

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | The panel label "N2-section 2 of 2" should read "S2-section 2 of 2". | *Picture Nos.:* N/A | M C DEAN |
| 2 | Panel "S3-3" is not installed. | Required by contract. | \|\| |
| 3 | Light fixture in north & south electrical closets are not working. They should be fixed or reinstalled. | Damaged during construction *Picture Nos.:* N/A | \|\| |
| 4 | Provide panel directories for all new panels in north & south electric rooms. | *Picture Nos.:* 044 | \|\| |
| 5 | Panel "N3-3" is not installed (north). | Required by contract. *Picture Nos.:* N/A | \|\| |

*CMDR Associates, Inc.*

18

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005
Project Title: Interior Improvements to DC Suite Building B
Project Location: 409 E Street, NW, Washington I

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | Paint all unpainted sprinkler pipes red. | t requirement  are Nos.: 045 & 046 | GALAXY DONE |
| 2 | Repair walls around ductwork in attic area various locations. | ls were cut during construction, and ll be repaired  are Nos.: 046, 047, 048, 049, 050, 051, | WGGS |
| 3 | Repair three broken steps leading to attic. | ged during construction  ure Nos.: 053 (example) | DALCO |
| 4 | Stand pipe at the 2nd floor landing needs on the brass cap. | a complete item.  are Nos.: N/A | SIMPLEX DONE |
| 5 | Remove wood concrete framing from the equipment pad (ER-1) | are Nos.: N/A | DALCO DONE |
| 6 | Remove all temporary lighting & wires. | ure Nos.: N/A | MC BEAN DONE |
| 7 | Install 4" curve around all ductwork penetr attic floor in AHUs 1&2. | t contract area has been design for ergency water flow  ure Nos.: 054 (example) | DALCO |

*CMDR Associates, Inc.*

19

# Deficiency and Corrective Action Log

**Solicitation No.: GS11P003MKC0005**

**Project Title: Interior Improvements to DC Superior Court Building B**

**Project Location: 409 E Street, NW, Washington DC 20001**

| 8 | Remove construction debris and miscellaneous materials in attic space and perform final cleaning. | *Picture Nos.: N/A* | | ALL TRADES |
|---|---|---|---|---|

20

CH2R Associates, Inc.

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKKC0005
Project Title: Interior Improvements to DC Superior Court Building B
Project Location: 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | Brass caps required on sprinkler pipe (North end). | *Picture Nos.: N/A* | SIMPLEX - GRINNELL *(DONE)* |
| 2 | Two condenser units for 3rd floor IT room under the north elevator room stairs should be relocated to north concrete pad. | Part of contract *Picture Nos.: 055* | WGES *(FIELD CHANGE)* |
| 3 | Install trap for leaking on AHU-2 | *Picture Nos.: N/A* | WGES *(DONE)* |
| 4 | At AHU-1 station, overhead 30x60 supply air duct are installed at 6 feet above finish floor. This is too low and creates a safety hazard for maintenance personnel. This duct should be installed at minimum 7 feet above finish floor. | To eliminate a safety hazard, padding and overhead caution sign should be installed. *Picture Nos.: N/A* | *MOVE ? RAIL DONE* WGES *(Not done)* |
| 5 | The exhaust fan EF-1 flexible connector gap is too close (only ¼"). This gap should be at least 2". | *Picture Nos.: 056* | WGES *(DONE)* |
| 6 | AHU-2 condensate drain pipes at floor drain should have protector guards to prevent people from stepping on it. | *Picture Nos.:* | WGES *(DONE)* |

©MDR Associates, Inc

21

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

| # | | | |
|---|---|---|---|
| 7 | The exhaust fan EF-2 connections at the flexible connector are not aligned. This condition would tear off of the flexible connection fabric. Exhaust duct connections should be aligned. | Picture Nos.: 057 & 058 | W6ES |
| 8 | Exhaust fans EF-1 & EF-2 are out of balance and create excessive vibration. They should be balanced. | Picture Nos.: N/A | W6ES |

DONE

VIBRATION

CMDR Associates, Inc.

22

FAX NO.

P. 25/40

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | Two temperature control panels need to have name plates (North & South) | *Picture Nos.:* N/A | MC DEAN |
| 2 | North temperature control panel needs new lock (lock broken) | *Picture Nos.:* N/A | MC DEAN |

*DONE*

CM/D.R Associates, Inc.

23

# Deficiency and Corrective Action Log

**Solicitation No.: GS11P003MKC0005**

**Project Title: Interior Improvements to DC Superior Court Building B**

**Project Location: 409 E Street, NW, Washington DC 20001**

| No. | Deficiency | Comments | Action Taker |
|---|---|---|---|
| 1 | Provide air and water balance reports, Spec. Section 15950. | Part of contract<br><br>*Picture Nos.:* N/A | WGES |
| 2 | Complete HVAC control monitoring connection to the Moultrie building. | Part of contract. If the connection point is not avalable in building B, demonstrate new system is about to have control from Moultrie Building<br><br>*Picture Nos.:* N/A | WGES |
| 3 | Provide roof warranty. | Required by contract.<br><br>*Picture Nos.:* N/A | GEORGETOWN |
| 4 | Provide equipment material warranties. | Required by contract.<br><br>*Picture Nos.:* N/A | ALL APPLICABLE TRADES |
| 5 | Provide seasonal warranties for heating and cooling equipment. | Required by contract<br><br>*Picture Nos.:* N/A | WGES |
| 6 | Demonstrate heating and cooling systems and receive acceptance. | Required by contract.<br><br>*Picture Nos.:* N/A | WGES |



Clete instond

Downing

24

JDR Associates, Inc.

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 7 | Hardware in the L&T Judges Chambers is not installed correctly. | Required by contract. *Picture Nos.:* N/A | DENNIS |
| 8 | The carpet base in the Landlord and Tenant payment area is not correct. | *Picture Nos.:* N/A | C. i |
| 9 | Exterior of building must be restored to original condition. | *Picture Nos.:* N/A See site punch lists | — |
| 10 | Hardware installed backwards in the 1st floor clerk's offices (2 Rooms Typical). | Correction is required. *Picture Nos.:* N/A | DENNIS |
| 11 | Fire alarm system is in trouble. System is non-functional. | This item should be verified. *Picture Nos.:* N/A | M. C. |
| 12 | Main security panic button connection from "B" to Moultrie was removed. Presently no panic button wiring in place. | Damaged during construction. *Picture Nos.:* N/A | M. C. |
| 13 | Demonstrate new EMS system in the Moultrie Building. | TVB *Picture Nos.:* N/A | M. |

25

CJDBR Associates, Inc

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 14 | Hardware missing in various locations on 1st and 3rd Floors. | Required by contract. <br><br> Picture Nos.: N/A | DENNIS *(handwritten: DONE BY DC J. MORAN)* |
| 15 | Major CMU patchwork is required in basement. | Picture Nos.: N/A | — *(handwritten: COMPLETE BUSS BAL)* |
| 16 | Remove paint in northeast basement training room storage area. | Picture Nos.: N/A | DALCO DONE |
| 17 | Five doors missing in basement. | Removed during construction. <br><br> Picture Nos.: N/A | — *(handwritten: DONE)* |
| 18 | Patch large duct inside generator room. | Picture Nos.: N/A | WGES *(handwritten: DONE)* |
| 19 | Provide contract closeout procedures as outlined in Spec. Section 01770. | Required by contract. <br><br> Picture Nos.: N/A | DACCO |

CMDR Associates, Inc.

26

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Sreet, N.W., Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 20 | Provide cover for abandoned outlet boxes in basement training rooms. | Picture Nos.: N/A | MC DEAN DONE |
| 21 | Provide finished light switch on south wall of basement training room area hallway. | Picture Nos.: N/A | MC DEAN DONE |
| 22 | Provide attic stock materials. | Picture Nos.: N/A | ALL APPICABLE TRADES DONE |
| 23 | Provide building warranty. | Picture Nos.: N/A | DALCO DONE |
| 24 | Remove concrete pump pad inside SW corner room in the basement of "B". | Picture Nos.: N/A | — |
| 25 | In emergency generator room, air conditioning ductwork abandoned in places in ceiling is not capped and concealed. These ducts should be either removed or capped and concealed in ceiling space. | Wall should be repaired.<br><br>Picture Nos.: 021, 022 & 023 | MOES DONE |

27

CxHDR Associates, Inc.

DOD 3

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC1005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NP, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 26 | The wall should be built up to the ceiling. Door jamb should be fixed, i.e., utility access door should be installed to access mechanical equipment. | *Picture Nos.: 024* | ✓ |

CM/DR Associates, Inc.

28

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0005

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | Mechanical drawings should have proper title blocks with all standard information. | *Picture Nos.:* N/A | *WGES* |
| 2 | As-built drawings do not show pipe size for hydraulic piping system. All pipe sizes should be identified on drawings. | *Picture Nos.:* N/A | *WGES* |
| 3 | No room thermostats are shown on as-built drawings. | All thermostat locations should be shown. *Picture Nos.:* N/A | *WGES* |
| 4 | No return air ducts to AHU-1 and AHU-2 from 3rd floor and 2nd floor are shown. | *Picture Nos.:* N/A | *WGES* |

30

CMDR Associates, Inc.

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | No ducts shown for second floor. | As-Built drawings should show duct work stop below 3rd floor to be used for 2nd floor. *Picture Nos.:* N/A | *WGES* |
| 2 | Ductwork layout floor plan should indicate south & north sides. | *Picture Nos.:* N/A | *WGES* |

31

CMDR.Associates, Inc.

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P03MKC035

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | Over all the sprinklers are built are in good condition. | Picture Nos.: N/A | SIMPLEX |

32

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | Electrical as-built drawings are not acceptable. | See following comments.<br><br>*Picture Nos.*:  N/A | McDEAN |
| 2 | Electrical drawings should have proper title blocks with all standard information. | *Picture Nos.*:  N/A | /1 |
| 3 | Floor plans should show all lighting fixtures with type, wiring devices and equipment with actual branch circuit designation and feeder runs. | *Picture Nos.*:  N/A | /1 |
| 4 | Provide as-built drawings for cable trays. | *Picture Nos.*:  N/A | /1 |
| 5 | Provide as-built drawings for riser electrical power diagram. | *Picture Nos.*:  N/A | 2). |
| 6 | Some locations of installed equipment do not match those on as-built drawings. | As-built drawings with matching installation locations should be provided.<br><br>*Picture Nos.*:  N/A | /1 |
| 7 | All Panel schedule directory should be in As-Built drawings | A part of drawing set<br><br>*Picture Nos.*:  N/A | /1 |

33

CM&DR Associates, Inc.

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKCC0Q05

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

## AS BUILT DRAWINGS FIRE ALARM

| No. | Deficiency | Comments | Action Taken |
|-----|-----------|----------|--------------|
| 1 | Fire alarm as-built drawings are not acceptable. | See following comments.<br><br>*Picture Nos.:* N/A | M C DEAN |
| 2 | Fire Alarm drawings should have proper title blocks with all standard information. | *Picture Nos.:* N/A | / / |
| 3 | Floor plans should show locations, device types and device address. " | *Picture Nos.:* N/A | / / |
| 4 | Riser diagram with number and types of wires should be provided. | *Picture Nos.:* N/A | / / |
| | | **TOTAL** | |

CMDR Associates, Inc.

34

# Deficiency and Corrective Action Log

**Solicitation No.:** GS11P003MKC0p05

**Project Title:** Interior Improvements to DC Superior Court Building B

**Project Location:** 409 E Street, NW, Washington DC 20001

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| | | **AS-BUILT DRAWINGS AND RECORD DRAWING** | |
| 1 | Complete Architect As-Built Drawings | Complete Architect As-Built Drawings shall be submitted<br><br>*Picture Nos.:* N/A | *DALCO* |

CQDR Associates, Inc.

# Deficiency and Corrective Action Log

Solicitation No.: GS11P003MKC0005

Project Title: Interior Improvements to DC Superior Court Building B

Project Location: 409 E Street, NW, Washington DC 20001

## O&M MANUALS

| No. | Deficiency | Comments | Action Taken |
|---|---|---|---|
| 1 | Only one set of O&M manuals for equipment (American Combustion Industries, Inc.) was submitted. | Four sets of O&M manuals should furnished.<br><br>*Picture Nos.:* N/A | WGES |
| 2 | Only two sets of O&M manual for control panels were submitted. | Four sets of O&M manuals should furnished.<br><br>*Picture Nos.:* N/A | MC DEAN |
| 3 | Some O&M Manuals were submitted in manila folders. | All O&M manuals should be submitted in three hole binders.<br><br>*Picture Nos.:* N/A | DALCO |
| | | TOTAL | |

CMDR Associates, Inc.

36