IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>ON BEHALF AND USE OF GERMAN<br>ALDAS, trading as HERMANS TOUCH | * |
| Plaintiff | * |
| v. | *   Civil Court Action No: 1:05cv01351 |
| DALCO INCORPORATED OF<br>ARIZONA, ET AL | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pursuant to Safeco Insurance Company of America and Dalco Incorporates of Arizona's Motion for Summary Judgment and accompanying Memorandum, and any opposition thereto, it is this _____ day of _____, 2006, by the United States District Court for the District of Columbia, hereby

ORDERED, that Defendant Safeco Insurance Company of America and Dalco Incorporated of Arizona's Motion for Summary Judgment is GRANTED; and

FURTHER ORDERED, that this case is dismissed with prejudice.

_____
Judge, United States District Court
for the District of Columbia

cc:   Adam Wilk
       Legum & Wilk P.L.C
       4004 Williamsburg Court
       Fairfax, VA 22032
       *Attorney for Plaintiff*

Cynthia Rodgers-Waire (Bar No. 444095)
Robert F. Carney (Bar No. 436999 )
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700
*Attorneys for Defendants*

Jane Saidon Dudley (Bar No.459595)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C.  20036
(202) 659-6800
*Attorneys for Defendants*

*1659487*