IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ON BEHALF AND USE OF GERMAN ALDAS, trading as HERMANS TOUCH | * |
| Plaintiff | * |
| v. | * Civil Court Action No: 1:05cv01351 |
| DALCO INCORPORATED OF ARIZONA, ET AL | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*       \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE

**THE CLERK OF THE COURT** shall kindly note the appearance of John J. Hathway, Esquire, of Whiteford, Taylor & Preston, LLP, as additional counsel for Defendant DALCO Incorporated of Arizona ("Dalco"), and Safeco Insurance Company of America ("Safeco").

/s/ *John J. Hathway*
John J. Hathway, Esq. (#412664)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Washington, DC  20036-5405
(202) 659-6800

*Attorney for Defendant,*
*DALCO INCORPORATED OF*
*ARIZONA, and SAFECO*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 26TH day of January, 2006, a copy of the foregoing Entry of Appearance was electronically filed with the U.S. District Court for the District of Columbia who shall forward a copy to:

Adam Wilk, Esquire
Legum & Wilk P.L.C.
4004 Williamsburg Court
Fairfax, VA 22032
*Attorney for Plaintiff*

                                             /s/ *John J. Hathway*
                                             John J. Hathway