UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA ON BEHALF AND USE OF GERMAN ALDAS, TRADING AS HERMANS TOUCH,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**DALCO INC., et al.,**<br><br>　　Defendants. | Civil Action No.  05-1351 (JDB) |

## ORDER

Based upon the representations of the parties at the Status Conference held before the Court on this date, it is this 27th day of January, 2006, hereby

**ORDERED** that, with plaintiff's agreement, the motion to set aside entry of default filed by defendant Dalco Inc. of Arizona is **GRANTED**; it is further

**ORDERED** that plaintiff shall file any opposition to defendants' motion for summary judgment by not later than February 21st, 2006; and it is further

**ORDERED** that defendants' shall file any reply to plaintiff's opposition by not later than February 28th, 2006.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　/s/     John D. Bates
　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:   January 27, 2006

-1-

Copies to:

Adam Ross Wilk
LEGUM & WILK, P.L.C.
4004 Williamsburg Court
Fairfax, VA 22032
(703) 385-6700
Email: awilk@legumwilk.com
    *Counsel for plaintiff*

Cynthia E. Rodgers-Waire
WHITEFORD, TAYLOR & PRESTON
7 St. Paul Street
Baltimore, MD 21202-1697
(410) 347-8723
Fax: (410) 347-9412
Email: crodgers-waire@wtplaw.com

John J. Hathway
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, NW
Suite 400
Washington, DC 20036-5410
(202) 659-6800
Fax: (202) 331-0573
Email: jhathway@wtplaw.com

Jane S. Dudley
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, NW
Suite 400
Washington, DC 20036
(202) 659-6769
Fax: (202) 331-0573
Email: jdudley@wtplaw.com
    *Counsel for defendants*