UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUBMIA
Civil Division

THE UNITED STATES OF AMERICA  
ON BEHALF AND USE OF  
GERMAN ALDAS trading as  
HERMANS TOUCH,

    *Use Plaintiff/Plaintiff*,

v.                              CA #1:05CV01351

DALCO INCORPORATED OF  
ARIZONA, et al.

    *Defendants.*

## AFFIDAVIT OF MOHSEN GRAYELI

DISTRICT OF COLUMBIA:

I, Mohsen Grayeli, do hereby affirm as follows:

1. I am over the age of eighteen (18) years, and I am testifying upon my personal knowledge and am competent to testify to the matters set forth herein.

2. I was employed by of CMDR Associates, Inc., 8229 Boone Boulevard, Vienna, Virginia 22182.

3. CMDR was hired by the D.C. Superior Court to represent their interests in Dalco Project GS22-004-000, D.C. Superior Courts, Building B, Interior Improvements located at 409 E. Street, NW, Building B, Washington, D.C., which project is the subject matter of the above-captioned lawsuit ("Project"). I was CMDR's representative on the Project.

4. I personally witnessed German Aldas or his employees working on the Project during the month of July, 2004. Among other jobs I witnessed him doing during the month of July, 2004 was striping and refinishing of the window moldings, the



removal of hundreds of existing grommets and his installation of hundreds of new and different grommets on the window trims.

_____
Mohsen Grayeli

I HEREBY CERTIFY that on the ___ day of February 2006, before me, a Notary Public of the state and county aforesaid, personally appeared Mohsen Grayeli and that he executed the foregoing instrument for the purposes therein contained and in the capacity therein stated.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal the day and year aforesaid.

_____
Notary Public

My commission expires: 8/01/07