UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| THE UNITED STATES OF AMERICA ON BEHALF AND USE OF GERMAN ALDAS trading as HERMANS TOUCH,<br><br>    *Use Plaintiff/Plaintiff,*<br>v.<br><br>DALCO INCORPORATED OF ARIZONA, et al.<br><br>    *Defendants.* | CA #1:05CV01351 |

### AFFIDAVIT OF JOSEPH E. SANCHEZ

DISTRICT OF COLUMBIA:

I, Joseph E. Sanchez, having been duly sworn, do hereby affirm as follows:

1. I am over the age of eighteen (18) years, am testifying upon my personal knowledge and am competent to testify to the matters set forth herein.

2. I am employed by the District of Columbia Courts as the Chief Administrative Officer and Chief Procurement Officer.

3. In this capacity, I am familiar with the work performed by German Aldas on the project known as Dalco Project GS22-004-000, DC Superior Courts, Building B, Interior Improvements, located at 409 E. Street, NW, Building B, Washington D.C., which project is the subject matter of this lawsuit ("Project").

4. I recall seeing German Aldas performing work on the Project during the period from 7/14/04 through 9/12/04 which is set forth on the attached Exhibit A.

5. I have reviewed the attached Exhibit A detailing the work performed by Germain Aldas on the Project during the period of 7/14/04 thru 9/12/04 and find it to be


PLAINTIFF'S EXHIBIT 2

true and correct.

_____
Joseph E. Sanchez

I HEREBY CERTIFY that on the 16 of February, 2006, before me, a Notary Public of the state and county aforesaid, personally appeared Joseph E. Sanchez and that he executed the foregoing instrument for the purposes therein contained and in the capacity therein stated.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal the day and year aforesaid.

_____
Notary Public

Levi L. Holliday
Notary Public, District of Columbia
My Commission Expires 06-14-2009

My commission expires: _____

WORK PERFORM AT THE SUPERIOR COURT BUILDING   B
FIRST AND 3 FLOORS ,WOOD REHABILITATION ,FRON JULY 14 TO SEPTEMBER 12

| SCOPE OF WORK | DATE | HOURS | COMPL.DATE | LOCATIONS |
|---|---|---|---|---|
| TOUCH UP DOORS FRAMES WOOD PANELS | 7-14-04 | 10 | 7-22-04 | |
| INSTALLATION OF NEW GROMMETS ON THE WINDOWS TRIM | 7-15 04 | 14 | 7-23-04 | |
| TOUCH UP WINDOW WHITE PAINT ,PAINTERS MAKE | 7-25-04 | 10 | 7-30-04 | |
| TOUCH UP BLACK PAINT COURT ROOMS BASE | 8-16-04 | 14 | 8-21-04 | |
| REPAIR HOLES THE ELECTRICAL WORK MAKE WOOD SHELVIS | 8-16-04 | 24 | 9-12-04 | |

ALL THIS WORK WASS COMPLITE AFTER WORKING HOURS AND WEEKENDS TO NOT INTERFERE WITH THE BUILDING OCCUPANTS DURING THE DAY TIME

THE PURPOSE GERMAN ALDAS HERMANS TOUCH COMPLITE ALL THIS WORK TO CLARIFY TERMS OF THE CONTRACT WHITH DALCO AND TO ESTABLISH THE CONDITIONS TO WHICH THE PARTIES AGREE AND THEIR RIGHTS AND DUTIES UNDER THOSE CONDITIONS,SPECIALLY THE WORK DONE IS ON THE SUPERIOR COURT.


PLAINTIFF'S EXHIBIT A