**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | : | |
| **ON BEHALF AND USE OF** | : | |
| **GERMAN ALDAS trading as** | : | |
| **HERMANS TOUCH,** | : | |
| | : | |
| *Use Plaintiff/Plaintiff,* | : | |
| *v.* | : | *CA #1:05CV01351* |
| | : | |
| **DALCO INCORPORATED OF** | : | |
| **ARIZONA, et al.** | : | |
| | : | |
| *Defendants.* | : | |

<u>**AFFIDAVIT OF GERMAN ALDAS**</u>

DISTRICT OF COLUMBIA:

I, German Aldas, having been duly sworn, do hereby affirm as follows:

1.      I am over the age of eighteen (18) years, am testifying upon my personal knowledge and am competent to testify to the matters set forth herein.

2.      In July, 2003, I entered into a contract ("Contract") with Dalco Incorporated of Arizona ("Dalco") to perform certain work related to Dalco Project GS22-004-000, DC Superior Courts, Building B, Interior Improvements, located at 409 E. Street, NW, Building B, Washington. D.C., which project is the subject matter of this lawsuit ("Project"). A true and correct copy of this Contract was attached to the Complaint filed in this matter as *Exhibit B*.

3.      I started my work on the Project in July, 2003. I was told by Mike Tingey that his company, Tingey Construction Company ("Tingey"), was Dalco's representative on the Project and that I was to follow any directions he, other Tingey employees,



including Gary Smith and Ryan Smith, or Dalco employees, including Mohammed

Jallow and Rene Smith, gave me regarding the work I was to perform on the Project.

4.    Subsequently, Mr. Tingey, Gary Smith, Ryan Smith, Mr. Jallow and/or

Mr. Smith told me to perform additional work on the Project ("Additional Work

Orders").  True and correct copies of my invoices for such additional work were attached

to the Complaint filed in this matter as *Exhibit C.*  Most of these Additional Work Orders

reference a date ordered of "June 30, 2003" which is prior to the date either I or Dalco

executed the Contract and a date prior to which I had begun work on the Project.

Accordingly, the June 30, 2003 date does not accurately reflect the date on which the

work set forth in the Additional Work Orders was ordered or performed. Rather, the June

30, 2003 date refers only to the date on which I was first contacted to do the work on the

Project.  The work detailed in all of the Additional Work Orders was ordered and

performed subsequent to June 30, 2003.  Most notably, the work referenced on Job

Invoice 0189 (a copy is attached as *Exhibit A)* was performed between July 15, 2004 and

July 23, 2004 and the work referenced on Job Invoice 0190 (a copy is attached as *Exhibit

B)* was performed between July 14, 2004 and August 21, 2004.

5.    In November, 2003, all work, including mine, was stopped on the Project

as a result of a Dalco's termination of Tingey.  I was told that the reason for the

termination was based on Tingey's failure to timely pay subcontractors, Dalco's concerns

about Tingey's monetary disbursements and Tingey's inadequate accounting and record

keeping practices.  At this point in time, the work I was requested to and required to

complete under my contractual obligations with Dalco was not complete.

6.    During the ensuing months, I was in contact with Paul Smith, Rane Smith and Mohammed Jallow of Dalco and Mike Tingey, Ryan Smith and Gary Smith of Tingey to try to ascertain when I would be allowed to finish my work on the Project and when I could expect payment for the work that I had already completed.

7.    In June, 2004, I received a telephone call from either Mike Tingey, Ryan Smith or Gary Smith requesting my presence at a meeting on June 10, 2004 to discuss the remaining work I was required to complete on the Project. I understood that Tingey and Dalco had worked out their differences and that Tingey had been rehired to complete the Project.

8.    I attended the June 10, 2004 meeting along with a number of other subcontractors. Ryan Smith of Tingey was also in attendance at this meeting. Attached as *Exhibit C* is a true and correct copy of the sign-in sheet I was required to sign upon my arrival.

9.    Ryan Smith of Tingey told me at this meeting that the items of work that I was contractually obligated to complete under my contractual obligations with Dalco had to be completed in order for me to be paid for the work I had already completed. Mr. Smith also informed me that no payment would be forthcoming on the work I had already completed until all of the work I was required to complete under my contractual obligations with Dalco was completed.

10.    I was working at the White House as well as McKinley High School at this time. In order to accommodate my schedule and to minimize the interruption to the building's occupants, it was agreed that my work on the Project was to be done after hours and/or on weekends.

11.    I was instructed to touch up the doors, frames and wood panels I had installed and which had been damaged by other subcontractors and/or by the building's occupants. From July 14, 2004 through July 22, 2004, my staff and/or performed this work. This work took approximately ten (10) hours to complete. This work is referred to in Job Invoice 0190 attached as *Exhibit B*.

12.    I was instructed to purchase grommets to install on custom window frames I had been told to build. I purchased the grommets on July 13, 2004. A true and correct copy of the invoice for my purchase of the grommets is attached as *Exhibit D*. From July 15, 2004 through July 23, 2004, my staff and/or myself made the window frames and we installed the grommets on the window frames. This work took approximately fourteen (14) hours to complete. This work is referred to in Job Invoice 0189 attached as *Exhibit A*.

13.    I was instructed to remove the white paint that the painters had spilled on the windows and the wood panels I had installed and then to clean the windows and refinish the panels. From July 25, 2004 through July 30, 2004, my staff and/or myself performed this work. This work took approximately ten (10) hours to complete. This work is referred to in Job Invoice 0190 attached as *Exhibit B*.

14.    I was instructed to touch up the paint at the base of the walls that had been damaged by other subcontractors and/or the building's occupants. From August 16, 2004 through August 21, 2004, my staff and/or myself performed this work. This work took fourteen (14) hours to complete. This work is referred to in Job Invoice 0190 attached as *Exhibit B*.

15.    I was instructed to repair the holes in the walls that resulted from the electrical work performed by another contractor.  I was also told to make and install approximately twenty (20) wood shelves.  From August 16, 2004 through September 12, 2004, my staff and/or myself performed this work. This work took twenty-four (24) hours to complete.  I cannot locate a job invoice for this work and have not billed for it.

16.    Attached as *Exhibit E* are true and correct copies of my weekly payroll records for the period June 11, 2004 through October 23, 2004 (those after September 12, 2004 do not refer to work done on the Project).

17.    On September 8, 2004, Gary Smith of Tingey faxed me a final conditional lien release for my work on the Project.  A copy of his fax is attached as *Exhibit F*.

18.    Subsequent to my initial response to Defendant's Request for Production of Documents, I located additional documents in support of my claim.  *Exhibits C, D and E* represent some of the additional documents I was able to locate.  When my wife moved out prior to our divorce, she told me she had packed a lot of my belongings, including documents related to my work, in boxes and had labeled them accordingly.  When I initially responded to the Request, I thought I had gone through all of the relevant boxes. I was incorrect, however, as some of the boxes were incorrectly labeled while others were not labeled at all.  When I went through these boxes, I was able to locate the additional documents.  I provided them to my counsel, who informed me that he had forwarded them to Defendants' counsel.  I am sure that at one time I had additional documents related to the Project and can only conclude that they were inadvertently discarded.

WHEREFORE YOUR AFFIANT SAYETH NOT.



German Aldas

    I HEREBY CERTIFY that on the 21st of February 2006, before me, a Notary Public of the state and county aforesaid, personally appeared German Aldas and that he executed the foregoing instrument for the purposes therein contained and in the capacity therein stated.

    IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal the day and year aforesaid.

Notary Public

My commission expires: 10/31/07

# JOB INVOICE

**GERMAN ALDAS HERMANS TOUCH**
1960 Cherry Hill Road
Dumfries, VA 22026

(571) 278-2838

0189

| DATE ORDERED | ORDER TAKEN BY |
|---|---|
| 6-30-03 | G ALDAS |
| PHONE NO. | CUSTOMER ORDER # |
| 202-347-1472 | |
| JOB LOCATION | |
| 409  E street Washington D.C" | |
| JOB PHONE | STARTING DATE |
| | |
| TERMS | |

DALCO INCORPORATE

10005 OLD COLUMBIA ROAD

COLUMBIA M.D.   21046

| Y. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| | Grammits and time I spent | $1500 | 00 |
| | Costom make trimm | $1890 | 00 |
| | Reinstool | $200 | 00 |
| | # 172 | | |

## DESCRIPTION OF WORK

All the window trim were take daun
by Dalco carpentersand the grammits
were loost,the time I had to spent
to find  the grammits and reinstoll
them,
27 window trim were loost which I

## MISCELLANEOUS CHARGES

had to replace, I had to costom mak
every one of them , refinish them
and  reinstoll.

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|
| | | | |

| WORK ORDERED BY | |
|---|---|
| TE ORDERED | |
| TE COMPLETED | |
| STOMER APPROVAL NATURE | |
| THORIZED SIGNATURE | |

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | 3590 00 |

PLAINTIFF'S EXHIBIT
A
ALL-STATE LEGAL

**JOB INVOICE**

0190

GERMAN ALDAS HERMANS TOUCH
1960 Cherry Hill Road
Dumfries, VA 22026

(571) 278-2838

| TO | | DATE ORDERED 6-30-03 | ORDER TAKEN BY G. ALDAS |
|---|---|---|---|
| | DALCO INCORPORATE | PHONE NO. 202-347-1472 | CUSTOMER ORDER # |
| ADDRESS | 18005 OLD COLUMBIA ROAD SUIT 261 L M D. | JOB LOCATION 409 E street Wshington D.C. | |
| | | JOB PHONE | STARTING DATE |
| ATTENTION 21046 | | TERMS | |

| QTY. | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK | | | |
|---|---|---|---|---|---|---|---|
| 9 | Places Repair places that it wass cut on the panels after has refinish. | | $1650 00 | | | | |
| 106 | Window .resand and respray most of the windows wich the painters has pait on the tap of the wood work after it wass dane | | $3600 00 | **MISCELLANEOUS CHARGES** | | | |
| 11 | Rooms, plaster damege, pait scraches make after refinish spray one coat fo laquer to oll the roons. | | $4850 00 | | | | |
| | Clean all the court roons before refinish. | | $2800 00 | | | | |
| | | | | **LABOR** | **HRS.** | **RATE** | **AMOUNT** |

VENDOR # 272
JOB # 023 # 062005

| WORK ORDERED BY | | | | |
|---|---|---|---|---|
| DATE ORDERED | | TOTAL LABOR | | |
| DATE COMPLETED | | TOTAL MATERIALS | | |
| CUSTOMER APPROVAL SIGNATURE | | TOTAL MISCELLANEOUS | | |
| | | SUBTOTAL | $12900 00 | |
| AUTHORIZED SIGNATURE | | TAX | | |
| | | GRAND TOTAL | $13010 00 | |

ALL-STATE LEGAL

**PLAINTIFF'S EXHIBIT**

B

June 10, 2004

| Name | Org. | Phone | e-mail |
|------|------|-------|--------|
| Andrew Shigman | AFG-GSA | 202-260-4210 | andrew.ship@gsa.gov |
| Julio Hernandez | AFG | 202 783-1348 | |
| Ryan Smith | Dalco | 301) 562-9505 | RyanSmith@TingeyConstruction.com |
| Michael J Dorkey | M.C. Dean | (703-926-2871) | |
| Sean Moran | Moran & Sons | 410 522-0100 | |
| Charles Hurdle | AF3/Talon | 202-783-1348 | |
| Mark Moran | Moran & Sons Inc. | 410-522-0100 | |
| Edson Americo R. | MC Dean. | 703-926 6396 | |
| Michael Dent | MCDEAN | 703-502-4556. | |
| Peter Walmsley | WGES | 202-388-0145 | |
| Thomas E Cuddeback | ACI | 301- 779-3400  cell 240-375-3936 | |
| Harold C. Kinder | ACI | Cell 240 375-7081 | |
| Charlie Gutierrez | Simplex Grinnell | 410 381-1400 | |
| German H Aldoo | Humans Touch | 571 259 3030 | |



PLAINTIFF'S EXHIBIT
C

# W& H INTERIORS
## UPHOLSTERY FABRICS FOAM SUPPLIES
### 1319 Jefferson Plaza, Woodbridge, VA 22191

CONTRACT

**Tel: (703) 491-0404**
**Fax: (703) 497-4666**

No: 1132

DATE: _Aug 13/04_ TIME: _____

SOLD BY: _J. Heeton_

BALANCE DUE: _____

| CUSTOMER GEDMAN ANDAS | BUSINESS PHONE | HOME PHONE 571-259 3030 |
|---|---|---|
| ADDRESS | CHECK # | CHARGE | CONTACT |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 900 | GROMES #5 | 45% | 405 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SALES REP. MILES

**NOTE:** *Once this contract is signed, the deposit can not be refund.*

_Customer Signature_

| | |
|---|---|
| SUBTOTAL | 405 |
| TAX % | 18.25 |
| U.P.S | |
| DEPOSIT | |
| TOTAL | 9 9325 |

*Thank You*


PLAINTIFF'S EXHIBIT
D
ALL-STATE LEGAL

# Weekly Payroll Record

PLEASE PRINT

© 2001 Made E-Z Products   HR1120   809-V

**WEEKLY PAYROLL RECORD**

4960 Chevy Hill Rd.
Dumfries VA. 22026.

Week Ending: 6-11-04

| Name of Employee | Hours Reg./O.T. | Pay Rate | Reg. Wages | O.T. Wages | Gross Wages | Fed. W/H | State W/H | FICA | Ins. | Other | Other | Net | Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Juan Rodriguez 135 02 8326 Margarito Cruz 622 27 1050 | 40 / 18 | 15 | 600 | 18 | 1000 | | | | | | | 1000 | 2239 |
| Juan Rodriguez 135 02 8326 Margarito Cruz 622 27 1050 | 26 / 26 | 15 | 600 | | 390 | | | 6 18 04 | | | | 390 | 2238 |
| Juan Rodriguez 135 02 8326 Margarito Cruz 622 27 1050 | 26 / | 15 | 600 | 400 | 400 | | | | | | | 400 | 2244 |
| Juan Rodriguez 135 02 8326 Margarito Cruz 622 27 1050 | 40 / 3 | 15 | 600 | 3 | 660 | | | 6 29 04 | | | | 660 | 2243 |
| Juan Rodriguez 135 02 8326 Margarito Cruz 622 27 1050 | 40 / 4 | 15 | 600 | 4 | 690 | | | | | | | 690 | 2256 |
| Juan Rodriguez 135 02 8326 Margarito Cruz 622 27 1050 | 40 / 9 | 15 | 600 | 9 | 795 | | | 7 2 04 | | | | 795 | 2255 |
| Juan Rodriguez 135 02 8326 Margarito Cruz 622 27 1050 | 40 / 18 | 15 | 660 | 18 | 1000 | | | | | | | 1000 | 2260 |
| Juan Rodriguez 135 02 8326 Margarito Cruz 622 27 1050 | 40 / 8 | 15 | 600 | 8 | 765 | | | | | | | 765 | 2261 |

PLAINTIFF'S EXHIBIT E — ALL-STATE LEGAL®

# Weekly Payroll Record

PLEASE PRINT

© 2001 Made E-Z Products  HR120  809-V

## WEEKLY PAYROLL RECORD

Supervisor: G A

Location: DCS Court

Week Ending: 7-9-04

Dumfin V.A. 22026.
Chong Hill Rd.

| Department | Name of Employee | Hours Reg./O.T. | Pay Rate | Reg. Wages | O.T. Wages | Gross Wages | Fed. W/H | State W/H | FICA | Ins. | Other | Other | Net | Check # | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jose Rodriguez 135 02 8326 Morganic Cruz 622 27 1050 | 40 / 15 | 600 | | 600 | | | | | | | 600 | 2268 | |
| | Jose Rodriguez 135 07 8336 Morganic Cruz 622 27 1050 | 40 / 9 15 | 600 | 9 | 805 | | | 7 | 18 | 04 | 805 | 2273 | |
| | Rene Rodriguez 135 02 8336 Morganic Cruz 622 26 1050 | 34 / 15 | 600 | | 530 | | | 7 | 23 | 04 | 530 | 2277 | |
| | Rene Rodriguez 135 02 8336 Morganic Cruz 622 27 1050 | 40 / 15 | 660 | | 666 | | | 7 | 30 | 04 | 666 | 2285 | |
| | | 34 / 15 | 660 | | 566 | | | | | | 500 | 2286 | |

from $335
from $800

# Weekly Payroll Record

PLEASE PRINT

© 2001 Made E-Z Products  HR120  8-99-V

## WEEKLY PAYROLL RECORD

Yuniar Suaw H. Louch.
1960 Cherry Hill Rd.
Dumfries VA. 22026.

| Department | Name of Employee | Supervisor | Location | Week Ending |
|---|---|---|---|---|
| | | 64 | DC S count | 8-6-04 |

| Name of Employee | Hours Reg./O.T. | Pay Rate | Reg. Wages | O.T. Wages | Gross Wages | Fed. W/H | State W/H | FICA | Ins. | Other | Other | Net | Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rene Rodriguez 135 62 83 26 Margarito Cruz 622 27 10 50 | 32 | 15 | 600 | | 480 | | | | | | 488 | 488 | 7292 |
| Rene Rodriguez 135 62 83 26 Margarito Cruz 622 27 10 50 | 20 | 15 | 600 | | 300 | | | | | 16 04 | 360 | 360 | 7293 |
| Rene Rodriguez 135 62 83 26 Margarito Cruz 622 27 10 50 | 40 14 | 15 | 600 | 14 | 890 | | | | | 79 01 | 789 01 | 7299 |
| Rene Rodriguez 135 62 83 26 Margarito Cruz 622 27 10 50 | 40 14 | 15 | 600 | 14 | 866 | | | | | | 766 | 7298 |
| Rene Rodriguez 135 62 83 26 Margarito Cruz 622 27 10 50 | 24 | 15 | 600 | 14 | 390 | | | | | 90 04 | 390 | 7300 |
| Rene Rodriguez 135 02 83 26 Margarito Cruz 622 27 10 50 | 16 | 15 | 600 | | 240 | | | | | | 240 | 7304 |
| Rene Rodriguez 135 02 83 26 Margarito Cruz 622 27 10 50 | 40 20 | 15 | 600 | 20 | 360 | | | | | 27 04 | 360 | 7304 |
| Rene Rodriguez 135 02 83 26 Margarito Cruz 622 27 10 50 | 40 20 | 15 | 600 | 20 | 1200 | | | | | | 1200 | 7305 |
| Rene Rodriguez 135 02 83 26 Margarito Cruz 622 27 10 50 | | 15 | 600 | 20 | 1266 | | | | | | 1266 | 7304 |

© 2001 Made E-Z Products   HR120   809-V

## WEEKLY PAYROLL RECORD

Yunnan Aldos H. louch.
1960 Cherry Hill Rd.
Dumfries VA 22026

| Department | Name of Employee | Supervisor: C.A | Hours Reg./O.T. | Pay Rate | Reg. Wages | O.T. Wages | Gross Wages | Fed. W/H | State W/H | FICA | Ins. | Other | Other | Net | Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jose Rodrigues 135 02 8326 / Morganito Cruz 629 271050 | | 10 / 34 | 15 / 15 | 600 / 600 | | 150 / 510 | | | 16 | 09 | | | 150 / 510 | 2326 / 2325 |
| | John Rodrigues 135 02 8326 / Morganito Cruz 629 27 1050 | | 40 / 18 | 15 / 15 | 600 / | 600 | 600 / 240 | | | 9 | 24 04 | | | 600 / 240 | 2322 / 2323 |
| | Jose Rodrigues 135 02 8326 / Morganito Cruz 629 27 1050 | | 40 / 40 | 15 / 15 | 600 / 600 | 18 / 15 | 1000 / 915 | | | 9 | 17 04 | | | 1000 / 915 | 2319 / 2318 |
| | Jose Rodrigues 135 02 8326 | | 96 | 15 | 600 | | 240 | | | | | | | 240 | 2314 |
| | Wini Rodrigues 135 028326 | | 96 | 15 | 660 | | 240 | | | | | | | 240 | 2313 |

Location: De & Court
Week Ending 9-12-04

# Weekly Payroll Record

PLEASE PRINT

## WEEKLY PAYROLL RECORD

Yusmon Aldas H. Lowen.
1960 Chevy Hill Rd.
Dumfries V.A. 22026

| Department | Name of Employee | Hours Reg./O.T. | Pay Rate | Reg. Wages | O.T. Wages | Gross Wages | Fed. W/H | State W/H | FICA | Ins. | Other | Other | Net | Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Aina Rodriguez 135 02 83 26 | 40 / 6 | 15 | 600 | | 774 | | | | 10 | 15 | 04 | 774 | 2338 |
| | Margarita Cruz 622 27 10 50 | 40 / 2 | 15 | 600 | | 645 | | | | | | | 645 | 2339 |
| | Aina Rodriguez 135 02 83 26 | 40 / 5 | 15 | 600 | 5 | 704 | | | | | | | 704 | 2338 |
| | Margarito Cruz 622 27 10 50 | 40 / 10 | 15 | 600 | 10 | 819 | | | | 10 | 22 | 04 | 819 | 2333 |
| | Aina Rodriguez 29 | | 15 | 600 | | 380 | | | | | | | 380 | 2337 |
| | Margarito Cruz 622 27 10 50 | 40 / 1 | 15 | 600 | 1 | 630 | | | | | | | 630 | 2335 |
| | Aina Rodriguez 135 02 83 26 | 40 | 15 | 660 | | 784 | | | | 16 | 23 | 04 | 784 | 2338 |
| | Margarito Cruz 622 27 10 50 | | 15 | 600 | | 495 | | | | | | | 495 | 2334 |

Supervisor: GA  
Location: DCS court  
Week Ending: 10-8-04

© 2001 Made E-Z Products   HR120   809-V

 

# Tingey Construction Company, Inc.

304 South Main Street    Centerville, Utah    84014
Phone (801) 295-554i    Fax (801) 295-5590

# Facsimile Cover Sheet

|  |  |
|---|---|
| **To:** | **Herman** |
| Company: | German Aldas Hermans Touch |
| Phone: | (571) 278-2838 |
| Fax No.: | (703) 441-6328 |

|  |  |
|---|---|
| **From:** | **Gary Smith** |
| Company: | Tingey Construction Company, Inc. |
| Phone: | (801) 295-5541 |
| Fax No.: | (801) 295-5590 |

Date:    8-Sep-04

Number of Pages
Including Cover:                2

## Comments:

Dear Herman
Attached is a conditional final lien release for the DC Superior Courts Building.
Will you please sign and return ASAP? When I receive it back, I will prepare
and sign the check and forward it to Paul Smith for counter signature and release.
Please call if you have any questions.
Thank you
Gary Smith



PLAINTIFF'S EXHIBIT
E
ALL-STATE LEGAL®

## CONDITIONAL RELEASE OF ALL CLAIMS

Upon receipt by the undersigned of a check from Dalco Incorporated of Arizona (Dalco) in the sum of Twenty Three Thousand Four Hundred Thirty-Three and 00/100 Dollars ($23,433.00) and payment of the check by the bank on which it is drawn, the undersigned hereby:

1.      Releases and forever discharges Dalco, Safeco Insurance Company of America, and the Project Owner listed below (collectively referred to as the "Releasees"), and each of their officers, directors, agents, employees, servants, and attorneys, of and from any and all claims, demands, and causes of action of every kind, nature, and character whatsoever, including but not limited to any claim under that certain Payment Bond No. 6166632 and any claims for interest, damages, attorneys' fees, or costs, which relate to or are in any manner connected with services or labor performed or materials or equipment furnished for or related to construction of the following project ("Project"):

Project:          D. C. Superior Courts Building B
Project Owner:    United States of America, General Services Administration
Project Location: Washington, D. C.

2.      Declares that all services, labor, materials, and equipment for which payment is hereby made were furnished to or for use on, in, and about the above-described Project.

3.      Certifies that all its subcontractors, suppliers, employees, agents, and all other persons or corporations performing labor or services or furnishing materials or equipment at the undersigned's request, directly or indirectly to said Project, have been paid in full.

4.      Covenants to indemnify and hold Releasees harmless from any and all claims, demands, liabilities, losses, and causes of action made or alleged by subcontractors, laborers, materialmen, or suppliers, including but not limited to payment bond claims and attorneys' fees, arising out of labor or services performed or materials or equipment furnished to or for the Project at the request or direction of the undersigned.

5.      The individual executing this Release represents, covenants, and warrants that he or she has full authority and capacity to execute this Release on behalf of the undersigned.

6.      The undersigned acknowledges that it has read this Release and understands all of its terms and this Release is executed voluntarily and with full knowledge of its significance.

DATED this  8th  day of September, 2004.

German Aldas Hermans Touch

By:  _____
Title: _____