UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **THE UNITED STATES OF AMERICA ON BEHALF AND USE OF GERMAN ALDAS HERMANS TOUCH**, :<br><br>*Use Plaintiff/Plaintiff*,<br>v.<br><br>**DALCO INCORPORATED OF ARIZONA**<br><br>and<br><br>**SAFECO INSURANCE COMPANY OF AMERICA**<br><br>*Defendants.* | CA #1:05CV01351 |

## ORDER

**UPON CONSIDERATION** of the Defendants' Motion for Summary Judgment and the Opposition of Plaintiff thereto and

**IT APPEARING** that a genuine issue of fact exists which precludes the entry of Summary Judgment

**IT IS THEREFORE** by the United States District Court for the District of Columbia

**ORDERED** that Defendants Motion for Summary Judgment be, and the same hereby is, DENIED.

**SO ORDERED.**

_____
**John D. Bates**
**United States District Judge**

Dated: _____