UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERMAN ALDUS HERMANS TOUCH,<br><br>Plaintiff,<br><br>v.<br><br>DALCO INC. OF ARIZONA, et al.,<br><br>Defendant. | Civil Action No.  05-1351 (JDB) |

## ORDER

Upon consideration of the scheduling conference held on November 7, 2005, the joint Rule 16.3 Report submitted by plaintiff and defendant Safeco Insurance Company of America ("defendant Safeco"), and the entire record herein, it is hereby **ORDERED** as follows:

1.  Plaintiff and defendant Safeco will have until not later than January 15, 2006 to explore the statute of limitations issue identified in their joint Rule 16.3 report, and to conduct any requisite discovery relating to that issue.

2. A Status Conference is set for January 27, 2006 at 9:00 a.m.

/s/     John D. Bates
JOHN D. BATES
United States District Judge

Dated:  November 7, 2005