UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) <br> ON BEHALF AND USE OF ) <br> GERMAN ALDAS HERMANS TOUCH ) <br> ) <br> Use Plaintiff/Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DALCO INCORPORATED OF ARIZONA ) <br> ) <br> and ) <br> ) <br> SAFECO INSURANCE COMPANY OF ) <br> AMERICA ) <br> ) <br> Defendants. ) | Case No. 1:05cv01351 <br> Judge: John D. Bates <br> Deck Type: Contract |

### ENTRY OF APPEARANCE

The Court will kindly enter the appearance of John V. Church (DC Bar No. 358009) of Whiteford, Taylor & Preston, LLP as additional counsel on behalf of Defendants Safeco Insurance Company of America and Dalco Incorporated of Arizona.

Respectfully submitted,

  */s/ John V. Church*
John V. Church (#358009)
Cynthia E. Rodgers-Waire (#444095)
Robert F. Carney (#436999)
Whiteford, Taylor & Preston, LLP
7 Saint Paul Street
Baltimore, Maryland 21201
(410) 347-8700

*Counsel for SAFECO Insurance Company Of America and Dalco Incorporated of Arizona*

John J. Hathaway (#412664)
Jane Saindon Dudley (#459595)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C.  20036
(202) 659-6800
(202) 331-0573 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of March, 2006, a copy of the foregoing Entry of Appearance was electronically filed with the United States District Court for the District of Columbia who shall forward a copy to:

Adam R. Wilk, Esquire
LEGUM & WILK, P.L.C.
4004 Williamsburg Court
Fairfax, Virginia 22032

    /s/ John V. Church

*1668286*

2