UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| THE UNITED STATES OF AMERICA )<br>ON BEHALF AND USE OF )<br>GERMAN ALDAS TRADING AS )<br>HERMANS TOUCH )<br>  )<br>  Use Plaintiff/Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DALCO INCORPORATED OF ARIZONA )<br>  )<br>and  )<br>  )<br>SAFECO INSURANCE COMPANY OF )<br>AMERICA  )<br>  )<br>  Defendants.  ) | Case No. 1:05cv01351<br>Judge: John D. Bates<br>Deck Type: Contract |

## JOINT MOTION FOR CLARIFICATION OF COURT ORDER

Plaintiff, The United States of America on behalf and use of German Aldas, trading as Herman's Touch ("Plaintiff"), and Defendants Dalco Incorporated of Arizona ("Dalco") and Safeco Insurance Company of America ("Safeco") (collectively, the "Defendants"), hereby file this Joint Motion for Clarification of Court Order. The parties state as follows:

1) This Plaintiff filed this case on June 30, 2005 alleging one count of breach of contract and one count pursuant to the Federal Miller Act.

2) In the parties mandatory Joint Rule 16.3 Report, they identified the statute of limitations as a point of dispute. The Defendants contend that the

1

Plaintiff's suit against Safeco is time-barred by the statute of limitations as set forth in the Federal Miller Act because suit was filed more than one (1) year after the date the Plaintiff was last on the Project. The Plaintiff contends that the suit was timely filed within one (1) year of the time he last worked on the Project.

3) A status conference was held on November 7, 2005, and this Court entered an order which stated, among other things, "Deadline for exploration and discovery of statute of limitations issue identified in Rule 16.3 report is hereby set at 01/15/2006. "

4) The parties conducted discovery solely on the issue of the statute of limitations, as directed by this Court, until January 15, 2006. Thereafter, the Defendants' filed a Motion for Summary Judgment based solely on that issue.

5) This Court entered into an Order on April 3, 2006 denying the Defendant's Motion for Summary Judgment and stating, among other things,

   **ORDERED** that discovery will be re-opened for a period not to exceed sixty (60) days from the date of this Order, until June 3, 2006, for the sole purpose of providing defendants with an opportunity to explore plaintiff's new evidence…

6) The only discovery that has been issued to date was by Safeco and only concerned the statute of limitations issue. The parties have not issued discovery on any other matter and no depositions have been taken.

7) The parties wish to clarify this Court's Order as to whether the discovery period has been re-opened for the statute of limitations issue *only* or whether discovery is open for all of the substantive issues of Plaintiff's claims.

WHEREFORE, Plaintiff The United States of America on behalf and use of German Aldas trading as Herman's Touch and Defendants Dalco Incorporated of Arizona and Safeco Insurance Company of American respectfully request this Court to clarify its Order of April 3, 2006, as to the scope of discovery.

\_\_\_\_/s/_____             _____/s/_____
Adam R. Wilk                              Cynthia Rodgers-Waire
Legum & Wilk, P.L.C.                      John V. Church
4004 Williamsburg Court                   Nichole M. Velasquez
Fairfax, Virginia 22032                   Whiteford, Taylor & Preston, LLP
                                          Seven Saint Paul Street
Attorney for Plaintiff                    Baltimore, Maryland 21202

                                          Attorneys for Defendants

Date: _____                         Date: _____

*1676316*