IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ON BEHALF AND USE OF GERMAN ALDAS TRADING AS HERMANS TOUCH | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No:   1:05CV01351 Judge John D. Bates |
| DALCO INCORPORATED OF ARIZONA, ET AL. | * | Deck Type: Contract |
| Defendants | * | |

\*    \*    \*    \*    \*    \*         \*    \*    \*    \*    \*

## MOTION FOR PRO HAC VICE ADMISSION OF NICHOLE M. VELASQUEZ

John V. Church, hereby moves this Court pursuant to Local Rule 83.2 of the United States District Court for the District of Columbia, for the entry of an Order allowing for the pro hac vice admission of Nichole M. Velasquez. Such admission is sought for the limited purpose of appearing and participating in this case as a co-counsel.

Attorney Velasquez is a member in good standing of the Bar of the State of Maryland and the District of Columbia. As reflected in the attached certification, attorney Velasquez has never been disciplined by the Bar of any jurisdiction. Attorney Velasquez has never sought pro hac vice admission before this Court nor does she engage in the practice of law from an office located within the District of Columbia. Attorney Velasquez became a member of the Bar of the District of Columbia in

December 2005 and has begun the process of filing an application for admittance to this Court.

WHEREFORE, this Honorable Court is respectfully requested to enter the attached Order admitting Nichole M. Velasquez as co-counsel for the Defendants in the above-captioned case.

_____/s/_____
John V. Church (#358009)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorney for Defendants,
DALCO INCORPORATED OF
ARIZONA, ET AL. and SAFECO
INSURANCE COMPANY OF
AMERICA

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of May, 2006, a copy of the foregoing Motion for Pro Hac Vice Admission, Certification and Proposed Order of Nichole M. Velasquez was electronically filed with the United States District Court for the District of Columbia who shall forward a copy to:

> Adam R. Wilk, Esquire
> LEGUM & WILK, P.L.C.
> 4004 Williamsburg Court
> Fairfax, Virginia 22032

>   */s/ John V. Church*

*1676999*