IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| UNITED STATES OF AMERICA ON BEHALF AND USE OF GERMAN ALDAS TRADING AS HERMANS TOUCH | * |
| Plaintiff | * |
| v. | * Civil Court Action No:   1:05CV01351 |
| | Judge John D. Bates |
| DALCO INCORPORATED OF ARIZONA, ET AL. | * Deck Type: Contract |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATION OF NICHOLE M. VELASQUEZ

I, Nichole M. Velasquez, Esquire, hereby certify and affirm:

1. I have been a member of good standing of the Bar of the State of Maryland since admittance in December 2004;

2. I have been a member of good standing of the Bar of the District of Columbia (no. 495315) since admittance in December 2005;

3. I am a practicing attorney at the offices of Whiteford, Taylor & Preston, LLP, located at Seven Saint Paul Street, Baltimore, Maryland 21202;

4. I have never been disciplined by any Bar;

5. I have never applied to appear Pro Hac Vice before this Court;

6. I do not engage in the practice of law from the office located within the District of Columbia;

1

2

_____/s/_____
Nichole M. Velasquez

*1677015*