IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| UNITED STATES OF AMERICA ON BEHALF AND USE OF GERMAN ALDAS TRADING AS HERMANS TOUCH | * |
| Plaintiff | * |
| v. | *  Civil Court Action No:   1:05CV01351 |
| | Judge John D. Bates |
| DALCO INCORPORATED OF ARIZONA, ET AL. | *  Deck Type: Contract |
| Defendants | * |

\*    \*    \*    \*    \*    \*        \*    \*    \*    \*    \*

## ORDER GRANTING PRO HAC VICE ADMISSION OF NICHOLE M. VELASQUEZ

Having read and considered John V. Church's Motion for Pro Hac Vice Admission of Nichole M. Velasquez, it is this ____ day of May 2006, by the United States District Court for the District of Columbia, hereby

ORDERED, that the Motion is hereby GRANTED and;

FURTHER ORDERED, that Nichole M. Velasquez is hereby admitted Pro Hac Vice as co-counsel for the purposes of appearing and participating as co-counsel with the movant in the above-captioned case.

                                                    _____
                                                    The Honorable John D. Bates,
                                                    United States District Court for the
                                                    District of Columbia

*1677011*