UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA ) | | |
| ON BEHALF AND USE OF ) | | |
| GERMAN ALDAS HERMANS TOUCH ) | | |
| ) | | |
|     Use Plaintiff/Plaintiff, ) | Case No. 1:05cv01351 | |
| ) | Judge: John D. Bates | |
| v. ) | Deck Type: Contract | |
| ) | | |
| DALCO INCORPORATED OF ARIZONA ) | | |
| ) | | |
| and ) | | |
| ) | | |
| SAFECO INSURANCE COMPANY OF ) | | |
| AMERICA ) | | |
| ) | | |
|     Defendants. ) | | |

**STIPULATION OF DISMISSAL**

Plaintiff, The United States of America for use and benefit of German Aldas trading as Hermans Touch, and Defendants Safeco Insurance Company of America ("Safeco") and Dalco Incorporated of Arizona ("Dalco"), by their undersigned counsels and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate and agree that all claims against Safeco are dismissed *with prejudice* and, all claims against Dalco are dismissed *without prejudice*. Each party to this action will bear its own costs and attorney's fees.

_____/s/_____        _____/s/_____
Adam R. Wilk        Cynthia E. Rodgers-Waire
Legum & Wilk, PLC        Whiteford, Taylor & Preston, LLP

1

2

4004 Williamsburg Court  
Fairfax, Virginia 22032  
Attorney for Plaintiff,  
*The United States of America,*  
*f/u/b/o German Aldas t/a*  
*Hermans Touch*

Seven Saint Paul Street  
Baltimore, Maryland 21202  
Attorney for Defendants,  
*Safeco Insurance Company of America, and*  
*Dalco Incorporated of Arizona*

*1682807*